# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

**ORIGINAL**

ROSS, BROVINS & OEHMKE, P.C.
d/b/a LAWMODE, a Michigan corporation,

    Plaintiff,

vs.

LEXIS/NEXIS, a Division of Reed Elsevier
Group, PLC, a British Corporation, and owner
of Matthew Bender & Co., Inc., a New York
corporation, d/b/a Capsoft Development
Corporation,

    Defendant.

_____/

*EX-A-DC*
*ATTACH 1-8*

Case No. 03-74474

Honorable Nancy G. Edmunds

Magistrate Judge Steven D. Pepe

*FILED*
*04 OCT 12 P 2:01*
*U.S. DIST COURT CLERK*
*EAST DIST. MICH*
*DETROIT*

GIFFORD, KRASS, GROH, SPRINKLE,
  ANDERSON & CITKOWSKI, P.C.
John G. Posa
280 N. Woodward, Suite 400
Birmingham, Michigan 48009
*Attorneys for Plaintiff*

BUTZEL LONG
James E. Stewart (P23254)
Christopher M. Taylor (P63780)
350 South Main Street, Suite 300
Ann Arbor, Michigan 48104
(734) 995-3110

PROSKAUER ROSE LLP
Charles S. Sims
Frank P. Scibilia
1585 Broadway
New York, New York 0036
(212) 969-3950
*Attorneys for Defendant*

_____/

# SUPPLEMENTAL BRIEF IN SUPPORT OF LEXISNEXIS' MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT

## TABLE OF CONTENTS

PAGE

INDEX OF AUTHORITIES...................................................................................................ii

   I.  PLAINTIFF'S HOTDOCS® AUTOMATION OF PUBLIC DOMAIN FORMS.................................. 1

   II.  PLAINTIFF HAS NOT REGISTERED A COPYRIGHT CLAIM IN ITS "COMPILATION"............... 4

CONCLUSION ......................................................................................................................5

.

## INDEX OF AUTHORITIES

PAGE

**Cases**

*Advanz Behavioral Management Resources, Inc. v. Miraflor,*
   21 F. Supp. 2d 1179, 1186 (C.D. Cal. 1998)............................................................3

*Baker v. Selden,*
   101 U.S. 99 (1879) ..................................................................................................2

*John H. Harland Co. v. Clarke Checks, Inc.,*
   711 F.2d 966, 971-72 (11th Cir. 1983).....................................................................4

*Kregos v. Associated Press,*
   937 F.2d 700, 709 (2d Cir. 1991)............................................................................2

*M.M. Business Forms Corp. v. Uarco,*
   472 F.2d 1137 (6th Cir. 1973)..............................................................................2, 3

*Matthew Bender & Co., Inc. v. Kluwer Law Book Publishers, Inc.,*
   672 F. Supp. 107, 110-11 (S.D.N.Y. 1987)..............................................................4

*Murray Hill Publ'ns, Inc. v. ABC Commun's Inc.,*
   264 F.3d 622, 630 (6th Cir. 2001)............................................................................5

*Thron v. HarperCollins Publishers Inc.,*
   64 U.S.P.Q.2d 1221, 1221-22 (S.D.N.Y. 2002) .......................................................5

**Statutes**
17 U.S.C. § 411(a)...........................................................................................................5

**Other Authorities**
1 W. F. PATRY, COPYRIGHT LAW AND PRACTICE 332 (6th ed. 1994)................................2

**Regulations**
37 C.F.R. 202.1 ...............................................................................................................2

LexisNexis previously demonstrated that the LexisNexis Works are not substantially similar in protectable expression to the LawMode Work. The Court has, however, expressed an even more fundamental concern with LawMode's copyright claim, namely, whether LawMode even has a copyright in the material it claims has been infringed by LexisNexis. For the reasons set forth below, it does not.

## I. PLAINTIFF'S HOTDOCS® AUTOMATION OF PUBLIC DOMAIN FORMS IS NOT COPYRIGHTABLE UNDER THE "BLANK FORM DOCTRINE"

LawMode claims a copyright in its HotDocs® automation of public domain forms, that is, the manner in which it used LexisNexis's proprietary software to "express" the dialog boxes that appear to an attorney using plaintiff's product to fill out such forms. That is what its Regis-tration claims and covers, and those particular dialog boxes are what it claims to have deposited with the United States Copyright Office.[1]  But there is nothing original in LawMode's dialog boxes.[2]  LawMode's dialog boxes are not copyrightable, whether viewed under the so-called "blank form doctrine," or otherwise.

"Generally, forms, including blank forms, which are intended to be used for recording facts are not the proper subjects of copyright." *M.M. Business Forms Corp. v. Uarco*, 472

---

[1]LawMode's registration certificate is attached as Exhibit A. What LawMode has provided to us as "deposit material" (which we have numbered for ease of reference) is attached as Exhibit B. LawMode claims it also deposited a CD-ROM consisting of its product, but was unable to locate a copy. We have attached CD-ROMs of both the LexisNexis and the LawMode product at Exhibit C. We have to date, despite diligent effort, been unable to obtain from the U.S. Copyright Office the material actually deposited by LawMode. LexisNexis reserves the right to make any additional arguments that may be warranted based on a review of the actual deposit material in the event we are able to obtain it.

[2]Including, significantly, in those specific dialog boxes that plaintiff claims were infringed by LexisNexis. Because each automated forms product contains hundreds of forms and thousands of indi-vidual dialog boxes, and because LawMode's Complaint was not precise as to what exactly LawMode claims has been infringed, LawMode agreed to and did provide examples of forms and dialog boxes it claims "exemplify" the infringement, with the understanding that LexisNexis's motion would be based on those "exemplars." (*See* Barclay Decl. Exs. 13 & 14; LawMode Appendices 14-35.) LexisNexis thus demonstrated in its motion that there was no substantial similarity of *protectable*

F.2d 1137 (6th Cir. 1973).    This so-called "blank form doctrine" arises from *Baker v. Selden*, 101 U.S. 99 (1879), where the Supreme Court held that blank bookkeeping forms were not copyrightable.  The doctrine is now codified as part of the copyright regulations set forth at 37 C.F.R. 202.1:

> The following are examples of works not subject to copyright . . . (c) Blank forms, such as . . . order forms and the like . . . which are designed for recording information and do not in themselves convey information.

> Most courts and commentators recognize, however, that "all forms need not be denied protection simply because many of them failed to display sufficient creativity," *Kregos v. Associated Press*, 937 F.2d 700, 709 (2d Cir. 1991), and that "copyrightability of blank forms . . . is to be determined solely by reference to the presence of absence of a sufficient amount of expres-sion."    1 W. F. PATRY, COPYRIGHT LAW AND PRACTICE 332 (6th ed. 1994). Here, LawMode's forms are not copyrightable precisely because , insofar as any content contributed by LawMode is concerned, they fail to display sufficient creativity.    The "deposit material" that LawMode has provided consists predominantly of "samples" of dialog boxes that appear to an attorney using plaintiff's  product to fill out selected Michigan public domain forms.[3]  Those dialog boxes contain no creative expression. Their "look and feel" is a function of HotDocs® and its default settings,[4] and the words employed are directly from the public domain forms themselves, are paraphrases of the forms' language, or are otherwise obvious or prosaic.[5]

The "blank forms" cases make plain that there is nothing about LawMode's dialog prompts and titles, or the arrangement of its dialogs, that is sufficiently creative to render

---

expression between LawMode's automation of those public domain forms and LexisNexis's automation of those same forms.

[3]In addition to the dialog boxes, LawMode's "deposit materials" include (a) a list of forms con-tained in its product, (b) lists of the variables included in the dialog boxes, and, in some cases, the HotDocs® "script" or programming commands used to create the dialog boxes, and, remarkably (c) a series of dialog boxes labeled "Preferences" (*see* Ex. B, Tab 2) which appear to be nothing more screen shots showing which of the various HotDocs® default settings LawMode selected. Of course, LawMode cannot claim a copyright in either the HotDocs® programming language, or its defaults (and its registration certificate makes no such claim).

[4]Barclay Decl. ¶14; Suppl. Barclay Decl. ¶ 4 & Exs. 26-29.

[5]For example, most of the dialog boxes presented to an attorney automating "Answer –Civil" consist of fields for recording such information as "Name," "Address," "Telephone," and "Bar Number."  Perhaps the most "creative" dialog is one which essentially tells an attorney to admit or deny the allegations of the Complaint and state the reasons. (*See* Ex. B at LM 00028-35.)  The remainder of the dialog boxes in the "deposit material" follow or paraphrase the language of the forms or are similarly pedestrian.

copyrightable what are otherwise blank spaces for recording information. In *Advanz Behavioral Management Resources, Inc. v. Miraflor*, 21 F. Supp. 2d 1179, 1186 (C.D. Cal. 1998), the court applied the "blank forms doctrine" to find uncopyrightable a series of forms used for home health care management. Like LawMode's dialogs, Advanz's forms contained "a number of fields that were obvious or unavoidable, such as labeled spaces for recording personal data regarding the patent . . . , the type of medical insurance coverage possessed by the patient, and so on." *Id.* at 1190. And, like LawMode's dialogs which are to a large degree dictated by the language of the public domain forms themselves, other aspects of Advanz's forms were "man-dated by state or federal law," or "suggested by government regulations" *Id.* Moreover, there was "nothing about the appearance, structure, or layout of [Advanz's] forms that [was] artistic, creative, innovative or distinctive. They simply consist[ed] of labeled blank spaces in which white check marks may be made or information may be recorded," and it did not matter to the court that there was "arguably at least some ingenuity involved in the labeling, selection, and arrangement of the blank spaces." *Id.* at 1190-91. LawMode's dialogs consist of similar spaces, and, in any event, the "appearance, structure, or layout" of the dialogs, and the "arrangement" of the blank spaces, are dictated by HotDocs® default settings,[6] which are owned by LexisNexis.

At issue in *M.M. Business Forms Corp v. Uarco Inc.*, 472 F.2d 1137 (6th Cir. 1973), were blank forms designed for use by television repairmen. The forms contained spaces for repairmen to describe the repairs requested, the repairs performed, and similar information, and also paraphrased legal language. The Sixth Circuit agreed that the only arguably expressive portions of the form were the paraphrased legal language, and found that even that

---

[6]*See* Exhibit B at LM 00025-27 (setting HotDocs® defaults for margins, font and text alignment).

language was not sufficiently original because it did "nothing more than make a mosaic of the language appearing on other existing forms already in the public domain." " Elementary legal words and phrases are in the public domain [and] no distinguishable variation in any of these simplistic legal arrangements [could] be attributed to the drafter's own creativity." *Id.* at 1138-40.

In sum, LawMode has merely used software owned by LexisNexis to "create" so-called "dialog" boxes which automate the completion of forms created by government entities. In doing so, it adopted the language of the form itself or paraphrased the form's language, and added no other expression that conveys information (apart from, at best, prosaic headings). The "blank forms doctrine" precludes LawMode from claiming a copyright in its "dialog" boxes.[7]

## II.    PLAINTIFF HAS NOT REGISTERED A COPYRIGHT CLAIM IN ITS "COMPILATION"

In its registration certificate (filed well after release of both the LawMode and LexisNexis products), LawMode claims only a copyright in certain "computer files" which automated public domain forms, and makes no claim to a copyright in any "compilation."[8]

---

[7] *See also John H. Harland Co. v. Clarke Checks, Inc.*, 711 F.2d 966, 971-72 (11th Cir. 1983) (plaintiff's check stub not copyrightable where it did "not convey any information beyond that contained on previously existing check stubs," and was "merely designed for recording information and does not convey information"); *Matthew Bender & Co., Inc. v. Kluwer Law Book Publishers, Inc.*, 672 F. Supp. 107, 110-11 (S.D.N.Y. 1987) (plaintiff could not claim copyright in forms for recording information regarding personal injury awards which conveyed no information, utilized components that were not original to plaintiff, and employed prosaic column headings, such as "amount" and "jurisdiction").

[8] The computer files are all that LawMode claims to have "authored," and the "Nature of Authorship" section of a certificate "defines the scope of the registration." Compendium of Copyright Office Practices (1984) ("Compendium II") ¶ 619. LawMode purports to have deposited a CD-ROM consisting of the LawMode product, but that does not suffice to register all elements of the CD-ROM. The CD-ROM contains material LawMode does not own, namely, material from HotDocs® (which is copyrighted by LexisNexis and its predecessors, Bender and Capsoft, *see* Copyright Notices on LawMode product disc and cover page of LawMode "deposit materials" (at Ex. C & Ex. B at LM 00002-04)), and public domain forms. Thus, LawMode was obligated to identify precisely what

4

Because registration of a copyright claim is a jurisdictional prerequisite to suing for infringement of the material claimed, LawMode's compilation claim must be dismissed. *See* 17 U.S.C. § 411(a); *Murray Hill Publ'ns, Inc. v. ABC Commun's Inc.*, 264 F.3d 622, 630 (6th Cir. 2001); *Thron v. HarperCollins Publishers Inc.*, 64 U.S.P.Q.2d 1221, 1221-22 (S.D.N.Y. 2002) (plaintiff's registration of photos could not be construed as registration of "compilation" consisting of plaintiff's photos and text written and copyrighted by third-party).

## CONCLUSION

The Court should grant summary judgment dismissing LawMode's Complaint because LawMode's automation is insufficiently creative to be copyrightable; its registration claimed no copyright in any compilation; and in any event LexisNexis' s compilation and dialog boxes are not substantially similar to LawMode's.

By: _____

James E. Stewart (P23254)
Butzel Long
350 South Main Street, Suite 300
Ann Arbor, Michigan 48104
*Attorneys for Defendants*

October 12, 2004
*Of Counsel:*
Charles S. Sims
Frank P. Scibilia
PROSKAUER ROSE LLP
1585 Broadway
New York, New York 10036
(212) 969-3950

To:  John G. Posa
     GIFFORD, KRASS, GROH, SPRINKLE. ANDERSON & CITKOWSKI, P.C.
     280 N. Woodward, Suite 400
     Birmingham, Michigan 48009

---

material it authored. *See* Compendium II ¶ 608 (where works contain elements that are separately owned, separate applications containing "appropriate limiting statements" are required).



# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

ROSS, BROVINS & OEHMKE, P.C.
d/b/a LAWMODE, a Michigan corporation,

      Plaintiff,

vs.

     Case No. 03-74474

     Honorable Nancy G. Edmunds

     Magistrate Judge Steven D. Pepe

LEXIS/NEXIS, a Division of Reed Elsevier
Group, PLC, a British Corporation, and owner
of Matthew Bender & Co., Inc., a New York
corporation, d/b/a Capsoft Development
Corporation,

      Defendant.

_____/

GIFFORD, KRASS, GROH, SPRINKLE,
  ANDERSON & CITKOWSKI, P.C.
John G. Posa
280 N. Woodward, Suite 400
Birmingham, Michigan 48009
*Attorneys for Plaintiff*

BUTZEL LONG
James E. Stewart (P23254)
Christopher M. Taylor (P63780)
350 South Main Street, Suite 300
Ann Arbor, Michigan 48104
(734) 995-3110

PROSKAUER ROSE LLP
Charles S. Sims
Frank P. Scibilia
1585 Broadway
New York, New York 0036
(212) 969-3950
*Attorneys for Defendant*

_____/

## PROOF OF SERVICE

JANINE CONROY VAN CLEVE states that on the 12th day of October, 2004, she served a copy of Supplemental Brief in Support of LexisNexis' Motion to Dismiss or, in the Alternative, for Summary Judgment upon:

> John G. Posa, Esq.
> Gifford, Krass, Groh, Sprinkle,
>   Anderson & Citkowski, P.C.
> 280 N. Woodward, Suite 400
> Birmingham, Michigan  48009

by enclosing a copy of said document in an envelope addressed to the above individual with postage fully pre-paid and depositing the same in the United States mail, Detroit, Michigan.

Janine Conroy Van Cleve

The signator is known to me and acknowledged the foregoing instrument this 12th day of October, 2004.

Kathleen A. Reichenbach, Notary Public
Wayne County, Michigan
My Commission Expires:  10/31/04



11/05/2003   10:48   GIFF    D KPASS ~ BHA      NO.563   P00

# CERTIFICATE OF REGISTRATION



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

**REGISTER OF COPYRIGHTS**
*United States of America*

OFFICIAL SEAL



**FORM TX**
For a Literary Work
UNITED STATES COPYRIGHT OFFICE
**TX 5-777-049**

Month June Day 17 2003

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET

**1**

TITLE OF THIS WORK ▼

LexisNexis (TM) Automated Michigan Forms

PREVIOUS OR ALTERNATIVE TITLES ▼

2543 Release August 2001 62054-32 84

PUBLICATION AS A CONTRIBUTION If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give  Volume ▼   Number ▼   Issue Date ▼   On Pages ▼

---

**2**

**a**

NAME OF AUTHOR ▼

Ross, Browns & Oshunke, P.C. d/b/a LawMode

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a work made for hire?
☑ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ USA
{ Domiciled in ▶ Michigan

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☑ No
Pseudonymous?   ☐ Yes ☑ No
If the answer to either of these questions is Yes, see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼
All computer files ending in  .cmp  .hdl  .wpd  .dot and  .tpl (not but Real Estate (RE Forms)

**NOTE**

Under the law, the author of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a work made for hire?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is Yes, see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

**c**

NAME OF AUTHOR ▼

DATES OF BIRTH AND DEATH
Year Born ▼   Year Died ▼

Was this contribution to the work a work made for hire?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶
{ Domiciled in ▶

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No
If the answer to either of these questions is Yes, see detailed instructions.

NATURE OF AUTHORSHIP Briefly describe nature of material created by this author in which copyright is claimed. ▼

---

**3**

**a**

YEAR IN WHICH CREATION OF THIS WORK WAS COMPLETED
2001 ◀ Year
This information must be given in all cases.

**b**

DATE AND NATION OF FIRST PUBLICATION OF THIS PARTICULAR WORK
Complete this information ONLY if this work has been published.
Month ▶ August   Day ▶ 1   Year ▶ 2001
Nation USA ◀ Nation

---

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

Ross, Browns & Oshunke, P.C. d/b/a LawMode
11997 E. Camp Haven Rd
Northport, MI 49670

APPLICATION RECEIVED
JUN 17 2003
ONE DEPOSIT RECEIVED
JUN 17 2003
TWO DEPOSITS RECEIVED

TRANSFER If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

FUNDS RECEIVED

See instructions before completing this space.

---

MORE ON BACK ▶  Complete all applicable spaces (numbers 5-11) on the reverse side of this page.
See detailed instructions.   Sign the form at line 10.

DO NOT WRITE HERE
Page 1 of ___ pages

EXAMINED BY
CHECKED BY

FORM TX

CORRESPONDENCE
☐ Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☐ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give   Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼
Approx 500 forms published by the State of Michigan for the (a) State Court Administrative Office (b) Dept of Treasury

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼
Using HotDocs (TM) computer software created component files (ending in .cmp) which automated all forms (except Real Estate

**6**

— space deleted —

**7**

**REPRODUCTION FOR USE OF BLIND OR PHYSICALLY HANDICAPPED INDIVIDUALS** A signature on this form at space 10 and a check in one of the boxes here in space 8 constitutes a non-exclusive grant of permission to the Library of Congress to reproduce and distribute solely for the blind and physically handicapped and under the conditions and limitations prescribed by the regulations of the Copyright Office (1) copies of the work identified in space 1 of this application in Braille (or similar tactile symbols) or (2) phonorecords embodying a fixation of a reading of that work or (3) both.

a. ☐ Copies and Phonorecords        b. ☐ Copies Only        c. ☐ Phonorecords Only

**8**

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                        Account Number ▼

**9**

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent    Name/Address/Apt/City/State/ZIP ▼
John G Posa
101 N Main St  Suite 800
Ann Arbor, MI 48104
                        Area Code and Telephone Number ▶  734 913-9300

**CERTIFICATION** I, the undersigned, hereby certify that I am the
Check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of  Posa  Browne & Oshtats  P C d/b/a LawMode
Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
John G Posa                                        date ▶ June 25  2003

Handwritten signature (X) ▼

**10**

MAIL
CERTIFI-
CATE TO

Name ▼
John G Posa
Number/Street/Apartment Number ▼
101 N Main St  Suite 800
City/State/ZIP ▼
Ann Arbor MI 48104

Certificate
will be
mailed in
window
envelope

**11**

17 U S C section 506(e) Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409 or in any written statement filed in connection with the application shall be fined not more than $2,500.

# CONTINUATION SHEET
# FOR APPLICATION FORMS

● This Continuation Sheet is used in conjunction with Forms CA, PA, SE, SR, TX, and VA only. Indicate which basic form you are continuing in the space in the upper right hand corner.

● If at all possible, try to fit the information called for into the spaces provided on the basic form.

● If you do not have space enough for all the information you need to give on the basic form, use this continuation sheet and submit it with the basic form.

● If you submit this continuation sheet, clip (do not tape or staple) it to the basic form and fold the two together before submitting them.

● Part A of this sheet is intended to identify the basic application.
Part B is a continuation of Space 2.
Part C (on the reverse side of this sheet) is for the continuation of Spaces 1, 4, or 6.

**DO NOT WRITE ABOVE THIS LINE   FOR COPYRIGHT USE ONLY**

FORM $\overline{TX}$ /CON

UNITED STATES COPYRIGHT OFFICE

TX 5-777-049

PA PAU SE SEG SEU SR SRU TXTXU VA VAU

EFFECTIVE DATE OF REGISTRATION

(Month) June (Day) 17 (Year) 2003

CONTINUATION SHEET RECEIVED

JUN 17 2003

Page ___3___ of ___4___ pages

---

**A**
Identification of Application

**IDENTIFICATION OF CONTINUATION SHEET** This sheet is a continuation of the application for copyright registration on the basic form submitted for the following work:
● TITLE (Give the title as given under the heading 'Title of this Work' in Space 1 of the basic form.)

LexisNexis (TM) Automated Michigan Forms

● NAME(S) AND ADDRESS(ES) OF COPYRIGHT CLAIMANT(S)  (Give the name and address of at least one copyright claimant as given in Space 4 of the basic form.)

Ross, Brovins & Oehmke, P.C. d/b/a LawMode

---

**B**
Continuation of Space 2

**d**

| NAME OF AUTHOR ▼ | | DATES OF BIRTH AND DEATH Year Born ▼   Year Died ▼ |
|---|---|---|

Was this contribution to the work a work made for hire?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
    Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed   ▼

**e**

| NAME OF AUTHOR ▼ | | DATES OF BIRTH AND DEATH Year Born ▼   Year Died ▼ |
|---|---|---|

Was this contribution to the work a work made for hire?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
    Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed   ▼

**f**

| NAME OF AUTHOR ▼ | | DATES OF BIRTH AND DEATH Year Born ▼   Year Died ▼ |
|---|---|---|

Was this contribution to the work a work made for hire?
☐ Yes
☐ No

AUTHOR'S NATIONALITY OR DOMICILE
Name of Country
OR { Citizen of ▶ _____
    Domiciled in ▶ _____

WAS THIS AUTHOR'S CONTRIBUTION TO THE WORK
Anonymous?   ☐ Yes ☐ No
Pseudonymous?   ☐ Yes ☐ No

NATURE OF AUTHORSHIP  Briefly describe nature of material created by this author in which copyright is claimed   ▼

---

*Use the reverse side of this sheet if you need more space for continuation of Spaces 1, 4, or 6 of the basic form.*

(Cont'd)

11/05/2003   10:49   GIFFO... KRASS + BRAM   NO.563   005

CONTINUATION OF   (Check which)   ☐ Space 1   ☐ Space 4   ☒ Space 6

**C**

Continuation
of other
Spaces

6a (Con't)

(c) Dept  of Consumer & Industry Services  certain IRS forms


6b (Con't)

IRS Forms) in this work  created additional forms represented by computer files ending in   wpd    dot and   tpl  created library list of forms with
descriptions represented by computer files Mspfrmhd hd! and Mspfrmhw hd!

MAIL
TO

**D**

Address for
return of
certificate

Certificate
will be
mailed in
window
envelope

Name ▼

John G  Posa

Number/Street/Apt ▼

101 N  Main  St   Suite 600

City/State/ZIP ▼

Ann Arbor  MI  48104



ERNEST I. GIFFORD (3)
ALLEN M. KRASS
IRVIN L. GROH (1,2)
DOUGLAS W. SPRINKLE
THOMAS E. ANDERSON (3)
RONALD W. CITKOWSKI
JUDITH M. RILEY
JULIE A. GREENBERG
DOUGLAS J. McEVOY
JOHN G. POSA
DOUGLAS L. WATHEN
AVERY N. GOLDSTEIN, PH.D.
MARK D. SCHNEIDER
BEVERLY M. BUNTING
LIONEL D. ANDERSON
ANGELA M. DAVISON
GILBERT R. GABO

OF COUNSEL
ROBERTA J. MORRIS, PH.D. (4)

PATENT AGENTS
MARTIN S. BANCROFT, PH.D.
JULIE K. STAPLE, PH.D.

LAW OFFICES
## GIFFORD, KRASS, GROH, SPRINKLE, ANDERSON & CITKOWSKI, P.C.
PATENT, TRADEMARK AND COPYRIGHT PRACTICE
101 NORTH MAIN, SUITE 800
ANN ARBOR, MICHIGAN 48104-1476

(734) 913-9300
FACSIMILE (734) 913-6007
info@patlaw.com

ALFRED L. PATMORE, JR.
(1919-1997)

BIRMINGHAM OFFICE
280 N. OLD WOODWARD AVE.
SUITE 400
BIRMINGHAM, MICHIGAN 48009-3384
(248) 647-6000
FACSIMILE (248) 647-5210

FLORIDA OFFICE
101 WEST VENICE AVE., SUITE 28
VENICE, FLORIDA 34285
(941) 488-6248
FACSIMILE (941) 484-5288

ALSO ADMITTED IN:
(1) WISCONSIN
(2) OHIO
(3) FLORIDA
(4) NEW YORK

October 1, 2004

Our File No. RBO-10070/29

Mr. Bruce Boyden                                                   <u>Via Fedex</u>
Proskauer Rose LLP
1233 20th St., N.W.
Suite 800
Washington, DC 20036-2396

**Re:    Ross, Brovins & Oehmke, PC vs. Lexis/Nexis
Case No. 03-74474**

Dear Mr. Boyden:

Enclosed please find the copyright deposit material for the above-referenced matter.

Very truly yours,

John G. Posa

/slh
Encl.

# LexisNexis™ Automated Michigan Forms

**Selected Materials**
**Representing Samples**
**of Components and Menu Screens**
**© 2001 by LawMode**
**Found In CDROM**
**2543 Release August 2001**
**82054-32-84**

**LexisNexis Automated Michigan Practice Forms**
**on HotDocs (Rev. 8/2001)**
**HotDocs (Ver. 5.2) © 2000 by Capsoft**
**and © 2001 by LawMode**

**Attachments to CDROM**
**for Registration with Form TX**
**of a Nondramatic Literary Work**
**United States Copyright Office**

1. **Compilation - List of Forms**
2. **Preferences**

   *Selected Forms, Menu Screens and Components*

3. **District Court**
4. **Circuit Court**
5. **Landlord-Tenant Evictions**
6. **Claim and Delivery**
7. **Garnishment**
8. **Corporations**



**COMPILATION**
"LexisNexis™ Automated Michigan Forms"
2543 Release August 2001
82054-32-84
LexisNexis Automated Michigan Practice Forms on HotDocs (Rev. 8/2001). HotDocs (Ver. 5.2) © 2000 by Capsoft and
© 2001 by LawMode.  Get interim updates at www.capsoft.com. Call technical support at 1-800-828-8328. Call sales
at 1-800-500-DOCS.

LexisNexis Automated Michigan Practice Forms
Capsoft Web Site
LexisONE Forms
Set Judicial Information

CIVIL LITIGATION
    CHECKLIST: Civil Litigation
    Complaint
        Amendment to Pleading
        Complaint (Detailed)
        Complaint (Simple)  (SCAO--MC 01a)
        Dismissal (SCAO--MC 09)
        Suspension of Fees/Costs, Affidvit and Order
(SCAO--MC 20)
    Service of Process
        General Civil
            Summons (SCAO--MC 01)
            Summons, Petition and Order for 2nd
(SCAO--MC 01b)
            Personal Service on Prisoner and Affidavit
(SCAO--MC 273)
            Alternate Service, Motion and Verification
for (SCAO--MC 303)
            Alternate Service, Order for Mail, Tacking,
Delivery  (SCAO--MC 304)
            Alternate Service, Order for
Publication/Posting  (SCAO--MC 307)
        Family Division
            Proof of Service/Non-Service (SCAO--JC
12a)
            Proof of Service/Non-Service (SCAO--JC
12b)
            Publication of Hearing (SCAO--JC 32)
            Alternate Service, Motion for [SCAO--JC
46]
            Alternate Service, Order for [SCAO--JC 47]
    Motions & Orders
        Deposit Funds with Clerk
        Deposit Funds with Court Clerk, Order to
(SCAO--CC 05)
        Release Funds, Order to (SCAO--CC 18)
        Security for Costs, Order for  (SCAO--MC 305)
    Motions & Orders
        Accomodations, Request for (SCAO--MC 70)
        Adjournment, Order for (SCAO--MC 309)
        Answer to Motion or Petition
        Bankruptcy, Motion/Order to Reopen Case After
(SCAO--MC 301)
        Bench Warrant, Petition and (SCAO--MC 229)
        Compel Disclosure or Discovery, Motion to
        Consolidation, Motion/Order for (SCAO--CC

08)
        Default and Order, Motion to Set Aside
(SCAO--DC 99)
        Disqualification/Reassignment, Order of
(SCAO--MC 264)
        Motion, form of a (Complex)
        Motion & Notice of Hearing (Simple)
(SCAO--CC 326)
        Order or Judgment (Complex)
        Order (Simple), Form of an (SCAO--CC 327)
        Sanctions, Motion for
        Show Cause, Motion and Order to (SCAO--MC
230)
        Strike Pleading or Paper, Motion to
        Subpoena, Order to Appear and/or Produce
(SCAO--MC 11)
        Substitution of Attorneys  (SCAO--MC 306)
        Summary Disposition, Motion for
        Venue, Order for Change of (SCAO--MC 316)
    Requests for Hearing
        Notice of Hearing - Circuit Court (SCAO--FOC
7)
        Notice or Renotice of Hearing
        Request for Hearing on Motion (SCAO--CC
325)
        Request for Hearing - Macomb County
        Request for Hearing - Oakland County
        Request for Hearing - Wayne County
    Entry of Order-Circuit Court
        Notice of Hearing to Enter Order  (SCAO--FOC
53)
        --Instructions for FOC 53 (SCAO)
        Notice to Enter Order Without Hearing
(SCAO--FOC 54)
        --Instructions for FOC 54 (SCAO)
        Objection to Proposed Order  (SCAO--FOC 78)
        --Instructions for FOC 78 (SCAO)
Witness & Exhibit Lists
    Exhibit List
    Witness List
Answer to Complaint, Counterclaim/Cross-Claim
    Amendment to Pleading
    Answer to Complaint with Affirmative Defenses
(Complex)
    Answer to Complaint (Simple) (SCAO-DC 03)
    Appearance of Attorney  (SCAO--MC 02)
    Counterclaim or Cross-Claim
Discovery
    Deposition on Oral Examination
        Court Reporter, Letter to

Deposition Letters
Medical Information, Authorization for Release of (SCAO--MC 315)
Notice of Deposition
Subpoena, Order to Appear and/or Produce (SCAO--MC 11)
Interrogatories
Answer to Interrogatories
Interrogatories - Re: Responsive Pleading
Interrogatories - Affirmative Defenses
Interrogatories - Expert Witnesses
Interrogatories - General
Interrogatories - Trial Witnesses & Exhibits
Request Documents, Things or Entry Upon Land
Answer to Request
Medical Information, Authorization for Release of (SCAO--MC 315)
Request for Entry Upon Land for Inspection and Other Purposes
Request for Production of Documents - Assets & Liabilities
Request for Production of Documents - Generic
Request for Admission
Answer to Request for Admission
Request for Admission
Alternative Dispute Resolution
Civil Mediator Application (SCAO--MC 281a)
Case Evaluation
Order for Case Evaluation (SCAO--MC 30)
Case Evaluation Notice (SCAO--MC 31)
Notice of Case Evaluation & Acceptance/Rejection of Award -- (SCAO-MC 32)
Notice of Acceptance/Rejection of Case Evaluation Award (SCAO-MC 33)
Case Evaluation Application (SCAO-MC 34)
Mediation/Case Evaluation Summary
Mediation/Case Evaluation Letter to Client
Acceptance/Rejection Letter to ADR Clerk
Mediation
Order for Mediation (SCAO--MC 274)
Motion to Remove Case from Mediation (SCAO--MC 276)
Order on Motion to Remove Case from Mediation (SCAO--MC 277)
Motion to Modify Order for Mediation (SCAO--MC 278)
Stipulation for Mediation (SCAO--MC 279)
Mediation Status Report (SCAO--MC 280)
Mediation/Case Evaluation Letter to Client
Acceptance/Rejection Letter to ADR Clerk
Judgment, Default & Offers
Default & Default Judgment
Default, Application, Entry and Affidavit (SCAO--MC 07)
Default Request, Aff't, Entry & Judgment (Sum Certain) (SCAO--MC 07a)
Default and Order, Motion to Set Aside (SCAO--DC 99)
Offer of Judgment

Offer or Counteroffer of Judgment
Reply to Offer of Judgment
Civil Judgment
Civil Judgment (SCAO--MC 10)
Order or Judgment (Complex)
CHECKLIST: Contingent Fee Calculator
Foreign Judgment, Affidavit and Notice of Entry of (SCAO--MC 62)
Satisfaction of Judgment (SCAO--MC 17)
Taxation of Costs (SCAO--MC 24)
General
Affidavit
Attorney Fee Agreement
Blank Pleading  (SCAO--MC 04)
Client Intake Form
Cover Sheet (SCAO)
Cover Sheet for Judge's Copy
Cover Sheet for pleading or paper
Proof of Mailing  (SCAO--MC 302)
Release and Settlement Agreement
Letters
Clerk of the Court
Client
Conveyance Letters
Court Reporter, Letter to
Deposition Letters
Letter to whomever
Mediation Award Letter to Client
Opposing Trial Counsel

**CLAIM AND DELIVERY**
Complaint
Complaint - Claim and Delivery (SCAO--MC 35) [ NEW]
Bond - Claim and Delivery (SCAO--MC 38) [ NEW]
Answer to Complaint, Counterclaim/Cross-Claim
Amendment to Pleading
Answer to Complaint with Affirmative Defenses (Complex)
Answer to Complaint (Simple) (SCAO-DC 03)
Appearance of Attorney  (SCAO--MC 02)
Counterclaim or Cross-Claim
Service of Process
Summons (SCAO--MC 01)
Summons, Petition and Order for 2nd (SCAO--MC 01b)
Personal Service on Prisoner and Affidavit (SCAO--MC 273)
Alternate Service, Motion and Verification for (SCAO--MC 303)
Alternate Service, Order for Mail, Tacking, Delivery  (SCAO--MC 304)
Alternate Service, Order for Publication/Posting (SCAO--MC 307)
Possession Pending Judgment & Judgment
Default, Application, Entry and Affidavit (SCAO--MC 07)
Motion-Poss. Pending Judgme. t - Claim and

-2-

Delivery (SCAO-MC 36) [ NEW]
    Order of Possession Pending Judgment
(SCAO-MC 37) [ NEW]
    Judgment - Claim and Delivery (SCAO-MC 39)
[ NEW]
  General
    Affidavit
    Attorney Fee Agreement
    Blank Pleading  (SCAO--MC 04)
    Client Intake Form
    Cover Sheet (SCAO)
    Cover Sheet for Judge's Copy
    Cover Sheet for pleading or paper
    Proof of Mailing  (SCAO--MC 302)
    Release and Settlement Agreement

## CONCEALED WEAPON LICENSE
  Requests for Hearing
    Notice of Hearing - Circuit Court (SCAO-FOC
7)
    Notice or Renotice of Hearing
    Request for Hearing on Motion (SCAO--CC
325)
      Request for Hearing - Macomb County
      Request for Hearing - Oakland County
      Request for Hearing - Wayne County
  Appeal-Denial of Concealed Weapon License
(SCAO-CC 79)
    Order-Appeal on Concealed Weapon License
(SCAO-CC 80)

## CORPORATIONS
  CHECKLIST: Incorporation Timetable
  Client Intake Form
  Articles of Incorporation
    Articles of Incorporation, Prof. Serv. Corp.
(C&S 501)
    Articles of Incorporation, Profit Corp. (C&S
500)
    Articles of Incorporation, Restated Profit Corp.
(C&S 510)
    Cert. of Amendment - Profit & Nonprofit (C&S
515)
    Cert. of Abandonment of Amendment (C&S 517)

    Certificate of Correction (C&S 518)
  Assumed Names
    Appl'n for Resv. of Corp. Name (C&S 540)
    App'n for Regis. of Corp. Name (C&S 545)
    Cert. of Assumed Name (C&S 541)
    Cert. of Term. of Assumed Name (C&S 543)
    Certificate of Correction (C&S 518)
  Bylaws and Incorporator Minutes
    Minutes: 1st Incorporator Meeting
    --Billing and Transmittal - Minutes: 1st
Incorporator Meeting
    Bylaws
    --Billing and Transmittal - Bylaws
  Contracts

    Promissory Note
    Retainer Agreement
  Internal Revenue Service
    Application for Taxpayer Identification Number
(IRS Form SS-4)
    Election by a Small Business Corporation (IRS
Form 2553)
    --Instructions: Election by a Small Business
Corporation (IRS 2553)
    Letter to Client - Application for FEIN
    Letter to IRS conveying IRS SS4 Application to
IRS
    Power of Attorney (IRS Form 2848)
  Letters & General
    Client Intake Form
    Client Letter
    CPA Annual Audit Letter from Attorney
    Michigan CS&LD Bureau Letter
  Michigan Dept. of Treasury
    Letter to Michigan CS&LD Bureau
    Power of Attorney (MDT/MESA 151)
    Registration for Michigan Taxes (MDT/MESA
518)
    --Instructions & Registration Booklet : Michigan
Business Taxes
    Taxpayer Account and Filing Information
(C-3479)
  Property Transfers (Real & Personal)
    Bill of Sale
    Deed (Real Estate)
    --Billing and Transmittal -- Deed
    Property Transfer Affidavit
  Registered Office & Resident Agent
    Profit Corporation Information Update
    Certificate of Change of Registered
Office/Resident Agent (C&S 520)
    Resignation of Resident Agent (C&S 521)
    Certificate of Appointment of Resident Agent
(C&S 522)
    Certificate of Correction (C&S 518)
  Annual Information Updates
    Profit Corporation Information Update
    Professional service Corporation Information
Update (C&S 2500w)
    Professional Service Corporation List of
Shareholders (C&S 314)
  Shareholder & Board of Directors
    Minutes: First Shareholder Meeting
    --Billing and Transmittal - Minutes:  First
Shareholder Meeting
    Minutes: Shareholders or Board
    --Billing and Transmittal - Minutes: Shareholders
or Board
    Shareholder Written Consent
    Stock Share Certificate
    Stock Repurchase Agreement

## CRIMINAL LAW

LM   00006

Infectious Disease Testing
  Petition for Testing of Infectious Disease (SCAO-MC 72)
  Notice of Hearing - Pet. for Testing of Infectious Disease (SCAO-MC 73)
  Order-Hearing on Petition for Testing of Infectious Disease (SCAO-MC 74)
  Appearance of Attorney  (SCAO–MC 02)
  Order Regarding Extradition (SCAO MC 270)
  Demand/Waiver for Transcript of Preliminary Examination (SCAO-MC 208)
  Work, Order for Release for or to Seek (SCAO–FOC 8)

**DEBT COLLECTION**
  CHECKLIST: Debt Collections
  Small Claims Court
    Affidavit & Claim, Small Claims (SCAO–DC 84)
    --Instructions - Collecting - Small Claims Judgment (SCAO DCI 84)
    Default, Application, Entry and Affidavit (SCAO–MC 07)
    Judgment - Small Claims (SCAO–DC 85)
    Appearance of Attorney  (SCAO--MC 02)
    Removal, Demand & Order for (SCAO–DC 86)
  Complaint
    Complaint (Simple)
    Complaint for Debt Collection (Complex)
    Dismissal (SCAO--MC 09)
  Service of Process
    Summons (SCAO--MC 01)
    Summons, Petition and Order for 2nd (SCAO--MC 01b)
    Personal Service on Prisoner and Affidavit (SCAO--MC 273)
    Alternate Service, Motion and Verification for (SCAO--MC 303)
    Alternate Service, Order for Mail, Tacking, Delivery  (SCAO--MC 304)
    Alternate Service, Order for Publication/Posting (SCAO--MC 307)
  Answer & Counterclaim
    Amendment to Pleading
    Answer to Civil Complaint (Simple)
    Answer to Complaint with Affirmative Defenses (Complex)
    Appearance of Attorney  (SCAO--MC 02)
    Counterclaim or Cross-Claim
  Discovery
    Deposition on Oral Examination
      Court Reporter, Letter to
      Deposition Letters
      Medical Information, Authorization for Release of  (SCAO--MC 315)
      Notice of Deposition
      Subpoena, Order to Appear and/or Produce (SCAO--MC 11)
    Interrogatories

Answer to Interrogatories
Interrogatories - Re: Responsive Pleading
Interrogatories - Affirmative Defenses
Interrogatories - Expert Witnesses
Interrogatories - General
Interrogatories - Trial Witnesses & Exhibits
Request Documents, Things or Entry Upon Land
  Answer to Request
  Medical Information, Authorization for Release of  (SCAO--MC 315)
  Request for Entry Upon Land for Inspection and Other Purposes
  Request for Production of Documents - Assets & Liabilities
  Request for Production of Documents - Generic
Request for Admission
  Answer to Request for Admission
  Request for Admission
Motions & Orders
  Deposit Funds with Clerk
    Deposit Funds with Court Clerk, Order to (SCAO–CC 05)
    Release Funds, Order to (SCAO--CC 18)
    Security for Costs, Order for  (SCAO--MC 305)
  Entry of Order-Circuit Court
    Notice of Hearing to Enter Order (SCAO--FOC 53)
    --Instructions for FOC 53 (SCAO)
    Notice to Enter Order Without Hearing (SCAO--FOC 54)
    --Instructions for FOC 54 (SCAO)
    Objection to Proposed Order  (SCAO--FOC 78)
    --Instructions for FOC 78 (SCAO)
  Requests for Hearing
    Notice of Hearing - Circuit Court (SCAO--FOC 7)
    Notice or Renotice of Hearing
    Request for Hearing on Motion (SCAO--CC 325)
    Request for Hearing - Macomb County
    Request for Hearing - Oakland County
    Request for Hearing - Wayne County
  Motions & Orders
    Accomodations, Request for (SCAO--MC 70)
    Adjournment, Order for (SCAO--MC 309)
    Answer to Motion or Petition
    Bankruptcy, Motion/Order to Reopen Case After (SCAO--MC 301)
    Bench Warrant, Petition and (SCAO--MC 229)
    Compel Disclosure or Discovery, Motion to
    Consolidation, Motion/Order for (SCAO--CC 08)
    Default and Order, Motion to Set Aside (SCAO--DC 99)

-4-

LM   00007

Disqualification/Reassignment, Order of (SCAO–MC 264)

Motion, form of a (Complex)

Motion & Notice of Hearing (Simple) (SCAO–CC 326)

Order or Judgment (Complex)

Order (Simple), Form of an (SCAO–CC 327)

Removal, Demand & Order for (SCAO–DC 86)

Sanctions, Motion for

Show Cause, Motion and Order to (SCAO–MC 230)

Strike Pleading or Paper, Motion to

Subpoena, Order to Appear and/or Produce (SCAO–MC 11)

Substitution of Attorneys  (SCAO–MC 306)

Summary Disposition, Motion for

Venue, Order for Change of (SCAO–MC 316)

Alternative Dispute Resolution

Civil Mediator Application (SCAO–MC 281a)

Case Evaluation

Order for Case Evaluation (SCAO–MC 30)

Case Evaluation Notice (SCAO–MC 31)

Notice of Case Evaluation & Acceptance/Rejection of Award -- (SCAO-MC 32)

Notice of Acceptance/Rejection of Case Evaluation Award (SCAO-MC 33)

Case Evaluation Application (SCAO-MC 34)

Mediation/Case Evaluation Summary

Mediation/Case Evaluation Letter to Client

Acceptance/Rejection Letter to ADR Clerk

Mediation [REVISED]

Order for Mediation (SCAO–MC 274)

Motion to Remove Case from Mediation (SCAO–MC 276)

Order on Motion to Remove Case from Mediation (SCAO–MC 277)

Motion to Modify Order for Mediation (SCAO–MC 278)

Stipulation for Mediation (SCAO–MC 279)

Mediation Status Report (SCAO–MC 280)

Mediation/Case Evaluation Letter to Client

Acceptance/Rejection Letter to ADR Clerk

Judgment, Default & Offers

Default & Default Judgment

Default, Application, Entry and Affidavit (SCAO–MC 07)

Default Request, Afft, Entry & Judgment (Sum Certain) (SCAO–MC 07a)

Default and Order, Motion to Set Aside (SCAO–DC 99)

Offer of Judgment

Offer or Counteroffer of Judgment

Reply to Offer of Judgment

Civil Judgment

Civil Judgment (SCAO–MC 10)

Order or Judgment (Complex)

Foreign Judgment, Affidavit and Notice of Entry of (SCAO–MC 62)

Satisfaction of Judgment (SCAO–MC 17)

Taxation of Costs (SCAO–MC 24)

Garnishment

Final Statement on Garnishment of Periodic Payments (SCAO–MC 48)

Garnishee Disclosure (SCAO–MC 14)

Garnishment Release (SCAO–MC 50)

Guide to Garnishment of Periodic Payments (SCAO–P-01)

Objections to Garnishment and Notice of Hearing (SCAO–MC 49)

Order on Objections to Garnishment (SCAO–MC 51)

Req./Writ for Garnishment (Income Tax Refund/Credit) (SCAO–MC 52)

Req./Writ for Garnishment (Nonperiodic) (SCAO–MC 13)

Req./Writ for Garnishment (Periodic) (SCAO–MC 12)

Installment Payments

Motion for Installment Payments (SCAO–MC 15)

Order Regarding Installment Payments (SCAO–MC 15a)

Order Setting Aside Installment Payment Order (SCAO–MC 16a)

Petition to Set Aside Installment Payment Order (SCAO–MC 16)

Execution Against Property

Discharge of Notice of Levy on Real Estate

--Billing and Transmittal - Discharge of Notice of Levy on Real Estate

Execution Against Property (SCAO–MC 19)

Notice of Execution Against Property

--Billing and Transmittal - Notice of Execution Against Property

Notice of Levy on Real Estate

--Billing and Transmittal - Notice of Levy on Real Estate

Notice of Lis Pendens

--Billing and Transmittal - Notice of Lis Pendens

Notice of Sale, Affidavit of Posting/Publication

Notice of Sale of Real Estate

--Billing and Transmittal - Notice of Sale of Real Estate

Release of Lis Pendens

--Billing and Transmittal - Release of Lis Pendens

General

Affidavit

Affidavit of Judgment Debtor (SCAO–DC 87)

Appearance of Attorney   (SCAO–MC02)

Attorney Fee Agreement

Blank Pleading   (SCAO–MC 04)

Client Intake Form

Cover Sheet (SCAO)

-5-

LM   00008

Cover Sheet for Judge's Copy
Cover Sheet for pleading or paper
Proof of Mailing   (SCAO--MC 302)
Release and Settlement Agreement
Letters
    Clerk of the Court
    Client
    Conveyance Letters
    Court Reporter, Letter to
    Deposition Letters
    Garnishee Defendant
    Letter to whomever
    Opposing Trial Counsel

**DOMESTIC RELATIONS** [REVISED]
    CHECKLIST: Divorce Timetable
    Personal Protection Order  [REVISED]
        Petition for PPO - Adult (Domestic Relationship)
[REVISED]
                Petition for PPO Against Adult (SCAO--CC
375)
                --Instructions for CC 375 (SCAO)
                Notice of Hearing on Petition for PPO
(SCAO--CC 381)
                --Instructions for CC 381 (SCAO)
                PPO - Domestic Relationship (SCAO--CC
376) [REVISED]
                --Instructions for CC 376 (SCAO)
[REVISED]
                Order Denying/Dismissing PPO Petition
(SCAO--CC 383)
                Proof of Service/Oral Notice Re: PPO
(SCAO--CC 386)
        Petition for PPO - Adult (Nondomestic
Relationship)  [REVISED]
                Order Denying/Dismissing PPO Petition
(SCAO--CC 383)
                Petition for PPO Against Stalking
(SCAO--CC 377)
                --Instructions for CC 377 (SCAO)
                Notice of Hearing on Petition for PPO
(SCAO--CC 381)
                --Instructions for CC 381 (SCAO)
                PPO Against Stalking (SCAO--CC 380)
[REVISED]
                --Instructions for CC 380 (SCAO)
[REVISED]
                Proof of Service/Oral Notice Re: PPO
(SCAO--CC 386)
        Petition for PPO - Minor [REVISED]
                Petition for PPO Against Minor (SCAO--CC
375m)
                --Instructions for CC 375m (SCAO)
                Notice of Hearing on Petition for PPO
(SCAO--CC 381)
                --Instructions for CC 381 (SCAO)
                PPO Against a Minor - Domestic
Relationship (SCAO--CC 376M) [REVISED]

                --Instructions for CC 376M (SCAO)
[REVISED]
                Petition for PPO Against Stalking by a
Minor (SCAO--CC 377M)
                --Instructions for CC 377M (SCAO)
                PPO Against Stalking by a Minor -
Nondomestic (SCAO--CC 380M) [REVISED]
                --Instructions for CC 380M (SCAO)
[REVISED]
                Order Denying/Dismissing PPO Petition
(SCAO--CC 383)
                Proof of Service/Oral Notice Re: PPO
(SCAO--CC 386)
                Order to Take/Place Into Temporary
Custody (SCAO--JC 05)
                Order-Prelim. Hrg./Inquiry (Delinq. or
Personal Protection) (SCAO--JC 10)
            Violation of PPO
                Motion and Order to Show Cause for
Violating PPO (SCAO--CC 382)
                --Instructions for CC 382 (SCAO)
                Order After Hearing on Show Cause for
Violating PPO (SCAO--CC 382a)
                Order After Hearing on Violation of PPO
(SCAO--CC 384)
            Dismiss, Modify, Extend or Terminate PPO
                Motion to Modify, Extend or Terminate
PPO (SCAO--CC 379)
                --Instructions for CC 379 (SCAO)
                Motion and Order to Dismiss Action for
PPO (SCAO--CC 378)
                --Instructions for CC 378 (SCAO)
                Order on Motion to Modify, Extend,
Terminate PPO (SCAO--CC 385)
        Complaint & Related Forms
            Complaint for Divorce - Minor Children or Child
Support
            Complaint for Divorce - NO Minor Children/NO
Child Support
            Dismissal (SCAO--MC 09)
            FOC Informational Pamphlet (SCAO)
            Pleading, Notice of Amendment to
            Record of Divorce or Annulment - Sample
(MDPH Form B 42)
            Suspension of Fees/Costs, Affidavit and Order
(SCAO--MC 20)
            Verified Statement   (SCAO--FOC 23)
        Service of Process
            General Civil
                Summons (SCAO--MC 01)
                Summons, Petition and Order for 2nd
(SCAO--MC 01b)
                Personal Service on Prisoner and Affidavit
(SCAO--MC 273)
                Alternate Service, Motion and Verification
for (SCAO--MC 303)
                Alternate Service, Order for Mail, Tacking,
Delivery  (SCAO--MC 304)
                Alternate Service, Order for

LM   00009

Publication/Posting  (SCAO--MC 307)
    Family Division
        Proof of Service/Non-Service (SCAO--JC 12a)
        Proof of Service/Non-Service (SCAO--JC 12b)
        Publication of Hearing (SCAO--JC 32)
        Alternate Service, Motion for [SCAO--JC 46]
        Alternate Service, Order for [SCAO--JC 47]
    Answer to Complaint
        Answer to Complaint
        Appearance of Attorney/GAL/Lawyer-GAL (SCAO--JC 07)
        Pleading, Notice of Amendment to
    Minor Child
        Child Care
            Child Care Verification  (SCAO--FOC 39E)
            Custody, Parenting Time and Support, Order Re: (SCAO--FOC 89)
            --Instructions FOC 89 (SCAO)
        Child Custody - Newborn
            Petition of Parent-Custody of Surrendered Newborn (SCAO--CCFD 03)
            Order for Blood or Tissue Typing or DNA Profile (SCAO--CCFD 04)
            Motion Obj. to DNA Profile or Blood/Tissue Typing (SCAO--CCFD 05)
            Order Re: Custody of Surrendered Newborn Child (SCAO--CCFD 06)
        Child Custody & Parenting Time
            Order Modifying Ex Parte Order (SCAO--FOC 62)
            Motion Re: Custody   (SCAO--FOC 87)
            --Instructions FOC 87 (SCAO)
            Order-Hearing on Alleged Custody/Parenting Time Violation   (SCAO--FOC 58)
            Order Allowing Change of Domicile (SCAO--FOC 29)
            Order Re: ustody, Parenting Time and Support  (SCAO--FOC 89)
            --Instructions FOC 89 (SCAO)
            Response to Motion Regarding Custody (SCAO--FOC 88)
            --Instructions FOC 88 (SCAO)
            Uniform Child Custody Jurisdiction Act Affidavit  (SCAO--MC 416)
        Child Support - Generally
            Order Modifying Ex Parte Order (SCAO--FOC 62)
            Contempt (Support), Pet. & Order to Show Cause (SCAO--FOC 2)
            Custody, Parenting Time and Support, Order Re: (SCAO--FOC 89)
            --Instructions FOC 89 (SCAO)
            Objection to Child Support Review (SCAO--FOC 79)
            --Instructions FOC 79 (SCAO)
            Performance Bond (SCAO--FOC 42)

            Support Enforcement Order (SCAO--FOC 6 & FOC 6a)
            Support, Motion Re:  (SCAO--FOC 50)
            --Instructions FOC 50 (SCAO)
            Support, Response to Motion Re: (SCAO--FOC 51)
            --Instructions FOC 51 (SCAO)
            Support, Order After Hearing on Modification of (SCAO--FOC 10a & 10b)
            Support, Order Re:  (SCAO--FOC 52)
            --Instructions FOC 52 (SCAO)
            Certificate of Overdue Support (SCAO--FOC 55)
        Child Support - Income Withholding
            Agreement Suspending Immediate Income Withholding (SCAO--FOC 63)
            Income Withholding Order (SCAO--FOC 5)
            Notice of Income Withholding (SCAO--FOC 11)
            Support, Order Re:  (SCAO--FOC 52)
            --Instructions FOC 52 (SCAO)
            Order Correcting Omission of Withholding Provisions (SCAO--FOC 94)
            Order Suspending Immed. Income Withholding (SCAO--FOC 64)
            Order to Suspend/Reinstate Support Order (SCAO--FOC 74)
            Motion to Suspend/Reinstate Support Order (SCAO--FOC 73)
        Child Support - Lien
            Petition to Release Lien (SCAO--FOC 47)
            Order to Release Lien (SCAO--FOC 48)
        Child Support - Medical
            Demand for Medical Payment (SCAO--FOC 13)
            Qualified Med. Child Support Order (SCAO--FOC 76a & FOC 76b)
        Child Support - Out of State Support Order (UIFSA)
            Notice of Registration of Out of State Support Order (UIFSA) (SCAO--FOC 30)
            Order Conf. Regis. Support Order (UIFSA) (SCAO--FOC 30a)
        Child Support - Transferring Case (RURESA)
            Transferring Case, Petition and Order (RURESA) (SCAO--FOC 31)
        Child Support - Suspension of License
            Order Re: Payment of Arrearage (Lic. Susp.) (SCAO--FOC 82)
            Order Resc. Lic. Suspension (Child Support/Parenting Time) (SCAO--FOC 86)
            Petition to Rescind License Suspension (SCAO--FOC 85)
        Parenting Time
            Order Modifying Ex Parte Order (SCAO--FOC 62)
            Motion Re: Parenting Time   (SCAO--FOC 65)
            --Instructions FOC 65 (SCAO)

LM   00010

Motion Re: Parenting Time, Response to (SCAO--FOC 66)
~Instructions FOC 66 (SCAO)
Order-Hearing on Alleged Custody/Parenting Time Violation  (SCAO--FOC 58)
Order for Specific Child Visitation
Order Re: Parenting Time  (SCAO--FOC 67)
--Instructions FOC 67 (SCAO)
Motions & Orders
Deposit Funds with Clerk
Deposit Funds with Court Clerk, Order to (SCAO--CC 05)
Release Funds, Order to (SCAO--CC 18)
Security for Costs, Order for (SCAO--MC 305)
Entry of Order-Circuit Court
Notice of Hearing to Enter Order (SCAO--FOC 53)
--Instructions for FOC 53 (SCAO)
Notice to Enter Order Without Hearing (SCAO--FOC 54)
--Instructions for FOC 54 (SCAO)
Objection to Proposed Order  (SCAO--FOC 78)
--Instructions for FOC 78 (SCAO)
Motions & Orders
Accomodations, Request for (SCAO--MC 70)
Adjournment, Order for (SCAO--MC 309)
Answer to Motion or Petition
Bankruptcy, Motion/Order to Reopen Case After (SCAO--MC 301)
Compel Disclosure or Discovery, Motion to
Consolidation, Motion/Order for (SCAO--CC 08)
Default and Order, Motion to Set Aside (SCAO--DC 99)
Disqualification/Reassignment, Order of (SCAO--MC 264)
Motion, form of a (Complex)
Motion & Notice of Hearing (Simple) (SCAO--CC 326)
Order or Judgment (Complex)
Order (Simple), Form of an (SCAO--CC 327)
Order (SCAO--FOC 12)
Order Modifying Ex Parte Order (SCAO--FOC 62)
Removal, Demand & Order for (SCAO--DC 86)
Sanctions, Motion for
Show Cause, Motion and Order to (SCAO--MC 230)
Strike Pleading or Paper, Motion to
Subpoena, Order to Appear and/or Produce (SCAO--MC 11)
Substitution of Attorneys  (SCAO--MC 306)
Summary Disposition, Motion for
Venue, Order for Change of (SCAO--MC 316)
Work, Order for Release for or to Seek (SCAO--FOC 8)
Requests for Hearing
Notice of Hearing - Circuit Court (SCAO--FOC 7)
Publication of Hearing (SCAO--JC 32)
Notice or Renotice of Hearing
Request for Hearing on Motion (SCAO--CC 325)
Request for Hearing - Macomb County
Request for Hearing - Oakland County
Request for Hearing - Wayne County
Discovery
Deposition on Oral Examination
Court Reporter, Letter to
Deposition Letters
Medical Information, Authorization for Release of  (SCAO-MC 315)
Notice of Deposition
Subpoena, Order to Appear and/or Produce (SCAO--MC 11)
Interrogatories
Answer to Interrogatories
Interrogatories - Expert Witnesses
Interrogatories - General
Interrogatories - Trial Witnesses & Exhibits
Request Documents, Things or Entry Upon Land
Answer to Request
Medical Information, Authorization for Release of  (SCAO-MC 315)
Request for Entry Upon Land for Inspection and Other Purposes
Request for Production of Documents - Assets & Liabilities
Request for Production of Documents - Generic
Request for Admission
Answer to Request for Admission
Request for Admission
Alternative Dispute Resolution
Arbitration
Arbitration Acknowledgement
Case Evaluation
Order for Case Evaluation (SCAO--MC 30)
Case Evaluation Notice (SCAO--MC 31)
Notice of Case Eval. & Accep./Reject'n of Award -- (SCAO-MC 32)
Notice of Accept./Reject'n of Case Eval. Award (SCAO-MC 33)
Case Evaluation Application (SCAO-MC 34)
Mediation Summary - Domestic Relations
Mediation/Case Evaluation Summary
Mediation/Case Evaluation Letter to Client
Acceptance/Rejection Letter to ADR Clerk
Domestic Relations Mediator Application (SCAO--MC 281b)

-8-

LM   00011

Mediation
Order for Mediation (SCAO--MC 274)
Motion to Remove Case from Mediation (SCAO--MC 276)
Order on Motion to Remove Case from Mediation (SCAO--MC 277)
Motion to Modify Order for Mediation (SCAO--MC 278)
Stipulation for Mediation (SCAO--MC 279)
Mediation Status Report (SCAO--MC 280)
Domestic Violence Screening-Referral to Mediation (SCAO--MC 282)
Mediation Summary - Domestic Relations
Mediation/Case Evaluation Letter to Client
Acceptance/Rejection Letter to ADR Clerk
Domestic Relations Mediator Application (SCAO--MC 281b)
Property Settlement
CHECKLIST: Divorce Property Settlement Calculator
Confidential Asset Dislcosure Sheet [Macomb County]
Judgment
Default, Application, Entry and Affidavit (SCAO--MC 07)
Dependency Exemption Election (IRS Form 8332)
Judgment of Divorce
Qualified Domestic Relations Order (QDRO)
Taxation of Costs   (SCAO--MC 24)
Post Judgment
Judgment, Satisfaction of  (SCAO--MC 17)
Motion/Stipulation for Transferring Case (Post Judgment) (SCAO--FOC 24)
Order Transferring Case (Post Judgment) (SCAO--FOC 25)
Bench Warrants
Bench Warrant (SCAO--FOC 14)
Bench Warrant, Petition and (SCAO--MC 229)
Friend of the Court (FOC)
FOC Grievance  (SCAO--FOC 1a)
FOC Informational Pamphlet (SCAO)
Request to Access FOC Records and Decision (SCAO--FOC 72)
General
Affidavit
Attorney Fee Agreement
Blank Pleading   (SCAO--MC 04)
Client Intake Form
Cover Sheet (SCAO)
Cover Sheet for Judge's Copy
Cover Sheet for pleading or paper
Proof of Mailing  (SCAO--MC 302)
Release and Settlement Agreement
Blank Form of Pleading (Second Sheet) (SCAO--JC 22)
Second Sheet (Circuit Court) (SCAO--FOC 15)
Letters
Clerk of the Court

Client
Conveyance Letters
Court Reporter, Letter to
Deposition Letters
Friend of the Court
Letter to whomever
Mediation Award Letter to Client
Opposing Trial Counsel

**EPIC ADOPTION**
Notice of Proceedings - American Indian Child (SCAO--JC 48)
Order Terminating Rights of Noncustodial Parent (SCAO--PCA 304)
Consent to Adoption by Adoptee (SCAO--PCA 307)
Consent to Adoption by Parent (SCAO--PCA 308)
Motion & Order - Delayed Regis. of Foreign Birth (SCAO--PCA 350)
Order Following Hearing on Review of Adoption Placement (SCAO--PCA 351)
Notice of Hearing (SCAO--JC 45)

**EPIC CONSERVATORSHIP**
CHECKLIST: Conservatorship
Commencement, Modification, Termination
Request for Notice (SCAO--PC 624)
Petition to Terminate or Modify (SCAO--PC 638)
Pet. for App't of Conservator/Protective Order (SCAO--PC 639)
--Instructions PC 639 (SCAO)
--What You Need to Know (SCAO--PC 667)
Order Re: App't of Conservator (SCAO--PC 640)
Waiver/Consent   (SCAO--PC 561)
Letters of Conservatorship (SCAO--PC 645)
Fiduciary
Renunciation of Right to App't, Nomination of P.R. (SCAO--PC 567)
Bond of Fiduciary   (SCAO--PC 570)
Acceptance of Appointment (SCAO--PC 571)
Order re: App't of Fiduciary  (SCAO--PC 605)
Inventory and Accounts
Inventory  (SCAO--PC 577)
Account of Fiduciary  (SCAO--PC 583)
Account of Fiduciary  (SCAO--PC 584)
Account of Fiduciary (for Minor), Final (SCAO--PC 648)
Objection to Account
Receipt of Ward and Discharge  (SCAO--PC 649)
Petition to Allow Account(s) (SCAO--PC 585a)
Order Allowing Account(s) (SCAO--PC 585b)
Waiver/Consent   (SCAO--PC 561)
Fiduciary Removal/Reinstatement
Notice of Deficiency (SCAO-PC 600)
Order Appointing Special/Suspending Fiduciary (SCAO--PC 602)
Petition and Order for Reinstatement (SCAO--PC 603)

-9-

LM    00012

Order re: App't of Fiduciary  (SCAO--PC 605)
Petition to Terminate or Modify (SCAO--PC 638)
Guardian Ad Litem
Order App'g Physician/Visitor/Mental Health Prof. (SCAO--PC 629)
Stmt. of Service & Order for Payment of Court App'td Rep. (SCAO--MC 221)
Real Estate
Pet. for App'l of Sale of Real Estate (SCAO--PC 646)
Order Approving Sale of Real Estate (SCAO--PC 647)
Internal Revenue Service
Application for Taxpayer Identification Number (IRS Form SS-4)
-- Instructions for TIN (IRS SS-4 Form)
Client Letter - Application for FEIN
Letter conveying IRS SS4 Application to IRS
Power of Attorney (IRS Form 2848)
Service of Process/Publication of Hearing
Alternate Service, Motion for [SCAO--JC 46]
Alternate Service, Order for [SCAO--JC 47]
Notice of Hearing  (SCAO--PC 562)
Proof of Service  (SCAO--PC 564)
Proof of Service/Non-Service (SCAO--JC 12a)
Proof of Service/Non-Service (SCAO--JC 12b)
Publication of Notice (SCAO--PC 563)
Publication of Hearing (SCAO--JC 32)
Summons (SCAO--MC 01)
General
Accomodations, Request for (SCAO--MC 70)
Adjournment, Order for (SCAO--MC 309)
Appearance of Attorney  (SCAO--MC 02)
Appearance of Parent of Minor (SCAO--PC 606)
Attorney Fee-Retainer Agreement
Bench Warrant, Petition and (SCAO--MC 229)
Blank Form of Pleading (Second Sheet) (SCAO--JC 22)
Client Intake Form
Complaint (Simple)  (SCAO--MC 01a)
Dismissal (SCAO--MC 09)
Disqualification/Reassignment, Order of (SCAO--MC 264)
Order (SCAO--PC 609)
Petition & Order (SCAO--PC 586)
Protective Order (SCAO--PC 644)
Show Cause, Motion and Order to (SCAO--MC 230)
Subpoena, Order to Appear and/or Produce (SCAO--MC 11)
Substitution of Attorneys (SCAO--MC 306)
Summons (SCAO--MC 01)
Suspension of Fees/Costs, Affidvit and Order (SCAO--MC 20)
Venue, Petition & Order to Change  (SCAO--PC 608)
Waiver/Consent  (SCAO--PC 561)

EPIC DECEDENT'S ESTATE
Small Estates
Petition and Order for Assignment (SCAO--PC 556)
Testimony Interested Parties  (SCAO--PC 565)
Supplemental Testimony  (SCAO--PC 566)
Receipt of Distributive Share  (SCAO--PC 588)
Sworn Closing Statement, Summary Proceeding (SCAO--PC 590)
Certificate of Completion  (SCAO--PC 592)
Affidavit of Decedent's Successor  (SCAO--PC 598)
Safe Deposit Box
Pet. & Order to Open Safe Deposit Box - Will or Burial Deed (SCAO PC 551)
Safe Deposit Box Certificate and Receipt (SCAO-PC 552)
Informal Proceedings
Notice of Intent to Req. Informal App't of PR (SCAO-PC 557)
Application for Informal Probate and/or App't of P.R. (SCAO-PC 558)
Register's Statement (SCAO--PC 568)
Notice of Informal Probate (SCAO-PC 575)
Supervised Administration
Petition for Probate and/or App't of P.R. (SCAO-PC 559)
Petition for Supv. Admin. After Previous Adjudication (SCAO-PC 560)
Order for Formal Proceedings (SCAO-PC 569)
Determining Heirs
Petition to Determine Heirs (SCAO-PC 553)
Order Determining Heirs (SCAO-PC 554)
Interested Persons
Demand for Notice (SCAO-PC 555)
Testimony Interested Parties  (SCAO-PC 565)
Supplemental Testimony  (SCAO--PC 566)
Notice Regarding Attorney Fees  (SCAO--PC 576)
Appearance of Parent of Minor (SCAO--PC 606)
Fiduciary
Renunciation of Right to App't, Nomination of P.R. (SCAO--PC 567)
Bond of Fiduciary  (SCAO--PC 570)
Acceptance of Appointment (SCAO--PC 571)
Letters of Authority  for P.R. (SCAO--PC 572)
Notice of App't and Duties of P.R. (SCAO--PC 573)
Notice of Continued Admin. stration (SCAO--PC 587)
Order re: App't of Fiduciary (SCAO--PC 605)
Order of Discharge  (SCAO--PC 597)
Fiduciary Removal/Reinstatement
Notice of Deficiency (SCAO-PC 600)
Order Appointing Special/Suspending Fiduciary (SCAO--PC 602)
Petition and Order for Reinstatement (SCAO--PC 603)
Appl'n/Pet. for Removal/Term'n of P.R.

-10-

LM   00013

(SCAO--PC 604)
    Order re: App't of Fiduciary  (SCAO--PC 605)
   Inventory and Accounts
    Inventory  (SCAO--PC 577)
    Account of Fiduciary  (SCAO--PC 583)
    Account of Fiduciary  (SCAO--PC 584)
    Objection to Account
    Waiver/Consent  (SCAO--PC 561)
   Claims and Distributions
    Notice to Creditors - Decedent's Estate
(SCAO--PC 574)
    Notice to Known Creditors (SCAO--PC 578)
    Statement and Proof of Claim (SCAO--PC 579)
    Notice of Disallowance of Claim  (SCAO--PC
580)
    Notice to Spouse-Rights of Election & Allow.
(SCAO--PC 581)
    Selection-Homestead Allow. & Exempt Property
(SCAO--PC 582)
    Receipt of Distributive Share  (SCAO--PC 588)
    REPEATER Receipt of Distributive Share
(SCAO--PC 588)
   Real Estate
    Pet. for App'l of Sale of Real Estate (SCAO--PC
646)
    Order Approving Sale of Real Estate
(SCAO--PC 647)
   Mediation and Case Evaluation
    Order for Case Evaluation (SCAO--MC 30)
    Stipulation for Mediation (SCAO--MC 279)
    Order for Mediation (SCAO--MC 274)
    Motion to Modify Order for Mediation
(SCAO--MC 278)
    Motion to Remove Case from Mediation
(SCAO--MC 276)
    Order on Motion to Remove Case from
Mediation (SCAO--MC 277)
    Mediation/Case Evaluation Summary
    Case Evaluation Notice (SCAO--MC 31)
    Notice of Case Evaluation &
Acceptance/Rejection of Award -- (SCAO-MC 32)
    Notice of Acceptance/Rejection of Case
Evaluation Award (SCAO-MC 33)
    Case Evaluation Application (SCAO-MC 34)
    Mediation/Case Evaluation Letter to Client
    Mediation Status Report (SCAO--MC 280)
    Acceptance/Rejection Letter to ADR Clerk
   Closing & Reopening
    Certificate of No Mich. Est. Tax Liability
(MDT 2356)
    Notice of Intent to Close Estate Administration
(SCAO--PC 589)
    Sworn Statement to Close Unsupervised Admin.
(SCAO--PC 591)
    Certificate of Completion  (SCAO--PC 592)
    Petition for Complete Estate Settlement
(SCAO--PC 593)
    Pet. for Adjud. of Testacy  & Complete Estate
Settlement (SCAO--PC 594)

    Order for Complete Settlement  (SCAO--PC
595)
    Schedule of Distributions and Payment of Claims
(SCAO--PC 596)
    Memo. of Admin. Closing (SCAO--PC 599)
    Appl'n/Pet. to Reopen Estate (SCAO-PC 607)
   Probate IRS Forms
    Application for Taxpayer Identification Number
(IRS Form SS-4)
    -- Instructions for TIN (IRS SS-4 Form)
    Client Letter - Application for FEIN
    Letter conveying IRS SS4 Application to IRS
    Life Insurance Application (712)
    Application for IRS Individual Taxpayer
Identification Number (W-7)
    Solicitud de Número de Identificación (W-7(SP))
    IRS Notice Concerning Fiduciary Relationship
(56)
    Power of Attorney (IRS Form 2848)
    Instructions for Form 2848 Power of Attorney
and Declaration of Representative
    IRS Application for Extension of Time To File a
Return and/or Pay U.S. Estate Taxes (4768)
   Death of Accident or Disaster Victim
    Pet. to Est. Death of Accident or Disaster Victim
(SCAO-PC 549)
    Order - Death of Accident or Disaster Victim
(SCAO-PC 550)
   Service of Process/Publication of Hearing
    Alternate Service, Motion for [SCAO--JC 46]
    Alternate Service, Order for [SCAO--JC 47]
    Notice of Hearing  (SCAO--PC 562)
    Proof of Service  (SCAO--PC 564)
    Proof of Service/Non-Service (SCAO--JC 12a)
    Proof of Service/Non-Service (SCAO--JC 12b)
    Publication of Notice (SCAO--PC 563)
    Publication of Hearing (SCAO--JC 32)
    Summons (SCAO--MC 01)
   General
    Accomodations, Request for (SCAO--MC 70)
    Adjournment, Order for (SCAO--MC 309)
    Appearance of Attorney  (SCAO--MC 02)
    Attorney Fee-Retainer Agreement
    Bench Warrant, Petition and (SCAO--MC 229)
    Blank Form of Pleading (Second Sheet)
(SCAO--JC 22)
    Client Intake Form
    Complaint (Simple)  (SCAO--MC 01a)
    Dismissal (SCAO--MC 09)
    Disqualification/Reassignment, Order of
(SCAO--MC 264)
    Order (SCAO--PC 609)
    Petition & Order (SCAO--PC 586)
    Protective Order (SCAO--PC 644)
    Registration of Trust (SCAO--PC 610)
    Show Cause, Motion and Order to (SCAO--MC
230)
    Subpoena, Order to Appear and/or Produce
(SCAO--MC 11)

LM   00014

Substitution of Attorneys  (SCAO--MC 306)
Summons (SCAO--MC 01)
Suspension of Fees/Costs, Affidvit and Order
(SCAO--MC 20)
Venue, Petition & Order to Change  (SCAO--PC
608)
Waiver/Consent   (SCAO--PC 561)

# EPIC GUARDIAN AD LITEM
Appointment
Pet. for App't of GAL/Attorney/Lawyer GAL
(SCAO--PC 641)
Order Appointing Attorney (SCAO--PC 628)
Order Appointing GAL/Attorney (SCAO--PC
642)
Acceptance of App't  & Report of GAL
(SCAO--PC 643)
Order Appointing Attorney/GAL/Lawyer-GAL
(SCAO--JC 03)
Appearance of Attorney/GAL/Lawyer-GAL
(SCAO--JC 07)
Service of Process/Publication of Hearing
Alternate Service, Motion for [SCAO--JC 46]
Alternate Service, Order for [SCAO--JC 47]
Notice of Hearing  (SCAO--PC 562)
Proof of Service   (SCAO--PC 564)
Proof of Service/Non-Service (SCAO--JC 12a)
Proof of Service/Non-Service (SCAO--JC 12b)
Publication of Notice (SCAO--PC 563)
Publication of Hearing (SCAO--JC 32)
Summons (SCAO--MC 01)
General
Accomodations, Request for (SCAO--MC 70)
Adjournment, Order for (SCAO--MC 309)
Appearance of Attorney   (SCAO--MC 02)
Attorney Fee-Retainer Agreement
Bench Warrant, Petition and (SCAO--MC 229)
Blank Form of Pleading (Second Sheet)
(SCAO--JC 22)
Client Intake Form
Complaint (Simple)  (SCAO--MC 01a)
Dismissal (SCAO--MC 09)
Disqualification/Reassignment, Order of
(SCAO--MC 264)
Order (SCAO--PC 609)
Petition & Order (SCAO--PC 586)
Protective Order (SCAO--PC 644)
Show Cause, Motion and Order to (SCAO--MC
230)
Subpoena, Order to Appear and/or Produce
(SCAO--MC 11)
Substitution of Attorneys  (SCAO--MC 306)
Summons (SCAO--MC 01)
Suspension of Fees/Costs, Affidvit and Order
(SCAO--MC 20)
Venue, Petition & Order to Change  (SCAO--PC
608)
Waiver/Consent   (SCAO--PC 561)

# EPIC GUARDIANSHIP
EPIC Guardian - Adult - Develpmental Disability
CHECKLIST: Adult Guardianship
Client Intake Form
Petitions
Petition for App't of Guardian (SCAO--PC
658)
Report to Accompany Petition to Appoint
Guardian (SCAO--PC 659)
Order Appointing Guardian (SCAO--PC
660)
Notice of Right to Req. Dismissal/Discharge
of Guardian (SCAO PC 661)
Facility Placement
Petition for Authority for Placement in
Facility (SCAO--PC 664)
Order for Placement (SCAO--PC 665)
Fiduciary
Order re: App't of Fiduciary  (SCAO--PC
605)
Bond of Fiduciary   (SCAO--PC 570)
Acceptance of Appointment (SCAO--PC
571)
Letters of Guardianship  (SCAO--PC 662)
Report of Guardian on Condition
(SCAO--PC 663)
Fiduciary Removal/Reinstatement
Notice of Deficiency (SCAO-PC 600)
Order Appointing Special/Suspending
Fiduciary  (SCAO--PC 602)
Petition and Order for Reinstatement
(SCAO--PC 603)
Petition and Order for Reinstatement
(SCAO PC 603)
Order re: App't of Fiduciary  (SCAO--PC
605)
Petition to Terminate or Modify (SCAO--PC
638)
Inventory and Accounts
Inventory  (SCAO--PC 577)
Account of Fiduciary   (SCAO--PC 583)
Account of Fiduciary   (SCAO--PC 584)
Objection to Account
Petition to Allow Account(s) (SCAO--PC
585a)
Order Allowing Account(s) (SCAO--PC
585b)
Waiver/Consent   (SCAO--PC 561)
Real Estate
Pet. for App'l of Sale of Real Estate
(SCAO--PC 646)
Order Approving Sale of Real Estate
(SCAO--PC 647)
Service of Process/Publication of Hearing
Alternate Service, Motion for [SCAO--JC
46]
Alternate Service, Order for [SCAO--JC 47]
Notice of Hearing  (SCAO--PC 562)
Proof of Service  (SCAO--PC 564)

-12-

LM   00015

Proof of Service/Non-Service (SCAO--JC 12a)

Proof of Service/Non-Service (SCAO--JC 12b)

Publication of Notice (SCAO--PC 563)
Publication of Hearing (SCAO--JC 32)
Summons (SCAO--MC 01)

Service of Process
Alternate Service, Motion for [SCAO--JC 46]

Alternate Service, Order for [SCAO--JC 47]
Proof of Service  (SCAO--PC 564)
Proof of Service/Non-Service (SCAO--JC 12a)

Proof of Service/Non-Service (SCAO--JC 12b)

Summons (SCAO--MC 01)

General
Accomodations, Request for (SCAO--MC 70)

Adjournment, Order for (SCAO--MC 309)
Appearance of Attorney  (SCAO--MC 02)
Attorney Fee-Retainer Agreement
Bench Warrant, Petition and (SCAO--MC 229)

Blank Form of Pleading (Second Sheet) (SCAO--JC 22)

Complaint (Simple) (SCAO--MC 01a)
Dismissal (SCAO--MC 09)
Disqualification/Reassignment, Order of (SCAO--MC 264)

Order (SCAO--PC 609)
Petition & Order (SCAO--PC 586)
Protective Order (SCAO--PC 644)
Request for Notice (SCAO--PC 624)
Show Cause, Motion and Order to (SCAO--MC 230)

Subpoena, Order to Appear and/or Produce (SCAO--MC 11)

Substitution of Attorneys  (SCAO--MC 306)
Summons (SCAO--MC 01)
Suspension of Fees/Costs, Affidvit and Order  (SCAO--MC 20)

Venue, Petition & Order to Change (SCAO--PC 608)

Waiver/Consent  (SCAO--PC 561)

EPIC Guardian - Adult - Incapacitated Individual
CHECKLIST: Adult Guardianship
Client Intake Form
Appointment
Petition for App't of Guardian (SCAO--PC 625)

--Instructions PC 625 (SCAO)
Notice to Alleged Incapacitated Individual (SCAO--PC 626)

Order Re: App't of Guardian (SCAO--PC 631)

Order Appointing Temporary Guardian (SCAO--PC 632)

Guardian Ad Litem
Acceptance of App't & Report of GAL (SCAO--PC 627)

Order Appointing Physician/Visitor/Mental Health Prof. (SCAO--PC 629)

Report of Physician/Visitor/Mental Health Prof. (SCAO--PC 630)

Stmt. of Service & Order for Payment of Court App'td Rep. (SCAO--MC 221)

Fiduciary
Order re: App't of Fiduciary  (SCAO--PC 605)

Bond of Fiduciary  (SCAO--PC 570)
Acceptance of Appointment (SCAO--PC 571)

Letters of Guardianship  (SCAO--PC 633)
Annual Report - Condition of Incapacitated Individual (SCAO--PC 634)

Fiduciary Removal/Reinstatement
Notice of Deficiency (SCAO-PC 600)
Order Appointing Special/Suspending Fiduciary  (SCAO--PC 602)

Petition and Order for Reinstatement (SCAO--PC 603)

Order re: App't of Fiduciary  (SCAO--PC 605)

Petition to Terminate or Modify (SCAO--PC 638)

Review of Guardianship
Order Appointing Person to Rev./Inv. Guardianship (SCAO--PC 635)

Report on Review of Guardianship of Incapacitated Individual (SCAO--PC 636)

Order Following Review of Guardianship (SCAO--PC 637)

Inventory and Accounts
Inventory  (SCAO--PC 577)
Account of Fiduciary   (SCAO--PC 583)
Account of Fiduciary   (SCAO--PC 584)
Objection to Account
Petition to Allow Account(s) (SCAO--PC 585a)

Order Allowing Account(s) (SCAO--PC 585b)

Waiver/Consent  (SCAO--PC 561)

Real Estate
Pet. for App'l of Sale of Real Estate (SCAO--PC 646)

Order Approving Sale of Real Estate (SCAO--PC 647)

Service of Process/Publication of Hearing
Alternate Service, Motion for [SCAO--JC 46]

Alternate Service, Order for [SCAO--JC 47]
Notice of Hearing   (SCAO--PC 562)
Proof of Service  (SCAO--PC 564)
Proof of Service/Non-Service (SCAO--JC 12a)

Proof of Service/Non-Service (SCAO--JC

LM   00016

12b)
   Publication of Notice (SCAO--PC 563)
   Publication of Hearing (SCAO--JC 32)
   Summons (SCAO--MC 01)
General
   Accomodations, Request for (SCAO--MC
70)
   Adjournment, Order for (SCAO--MC 309)
   Appearance of Attorney  (SCAO--MC 02)
   Attorney Fee-Retainer Agreement
   Bench Warrant, Petition and (SCAO--MC
229)
   Blank Form of Pleading (Second Sheet)
(SCAO--JC 22)
   Complaint (Simple)  (SCAO--MC 01a)
   Dismissal (SCAO--MC 09)
   Disqualification/Reassignment, Order of
(SCAO--MC 264)
   Order (SCAO--PC 609)
   Petition & Order (SCAO--PC 586)
   Protective Order (SCAO--PC 644)
   Request for Notice (SCAO--PC 624)
   Show Cause, Motion and Order to
(SCAO--MC 230)
   Subpoena, Order to Appear and/or Produce
(SCAO--MC 11)
   Substitution of Attorneys  (SCAO--MC 306)
   Summons (SCAO--MC 01)
   Suspension of Fees/Costs, Affidvit and
Order  (SCAO--MC 20)
   Venue, Petition & Order to Change
(SCAO--PC 608)
   Waiver/Consent   (SCAO--PC 561)
EPIC Guardian - Minor
   CHECKLIST: Minor Guardianship
   Client Intake Form
   Appointment
      Petition for Appointment of Limited
Guardian of Minor  (SCAO--PC 650)
      Petition for Appointment of Guardian of
Minor  (SCAO--PC 651)
      Limited Guardianship Placement Plan
(SCAO--PC 652)
      Order Appointing Guardian or Ltd.
Guardian of Minor (SCAO--PC 653)
   Fiduciary
      Bond of Fiduciary   (SCAO--PC 570)
      Order re: App't of Fiduciary  (SCAO--PC
605)
      Annual Report - Condition of Incapacitated
Individual (SCAO--PC 634)
      Annual Report of Guardian on Condition of
Minor  (SCAO--PC 654)
   Fiduciary Removal/Reinstatement
      Notice of Deficiency (SCAO-PC 600)
      Order Appointing Special/Suspending
Fiduciary  (SCAO--PC 602)
      Petition and Order for Reinstatement
(SCAO--PC 603)

      Order re: App't of Fiduciary  (SCAO--PC
605)
      Petition to Terminate or Modify (SCAO--PC
638)
   Review of Guardianship
      Order Appointing Person to Rev./Inv.
Guardianship (SCAO--PC 635)
      Order Following Review of Guardianship
(SCAO--PC 637)
      Report for Court Review of Minor
Guardianship (SCAO--PC 655)
      Order Following Hearing on Status of Minor
Guardianship (SCAO--PC 656)
      Order Following Hearing to Terminate
Minor Guardianship (SCAO--PC 657)
   Inventory and Accounts
      Inventory  (SCAO--PC 577)
      Account of Fiduciary  (SCAO--PC 583)
      Account of Fiduciary  (SCAO--PC 584)
      Account of Fiduciary (for Minor), Final
(SCAO--PC 648)
      Objection to Account
      Receipt of Ward and Discharge  (SCAO--PC
649)
      Petition to Allow Account(s) (SCAO--PC
585a)
      Order Allowing Account(s) (SCAO--PC
585b)
      Waiver/Consent  (SCAO--PC 561)
   Real Estate
      Pet. for App'l of Sale of Real Estate
(SCAO--PC 646)
      Order Approving Sale of Real Estate
(SCAO--PC 647)
   Service of Process/Publication of Hearing
      Alternate Service, Motion for [SCAO--JC
46]
      Alternate Service, Order for [SCAO--JC 47]
      Notice of Hearing  (SCAO--PC 562)
      Proof of Service  (SCAO--PC 564)
      Proof of Service/Non-Service (SCAO--JC
12a)
      Proof of Service/Non-Service (SCAO--JC
12b)
      Publication of Notice (SCAO--PC 563)
      Publication of Hearing (SCAO--JC 32)
      Summons (SCAO--MC 01)
   General
      Accomodations, Request for (SCAO--MC
70)
      Adjournment, Order for (SCAO--MC 309)
      Appearance of Attorney   (SCAO--MC 02)
      Appearance of Parent of Minor (SCAO--PC
606)
      Attorney Fee-Retainer Agreement
      Bench Warrant, Petition and (SCAO--MC
229)
      Blank Form of Pleading (Second Sheet)
(SCAO--JC 22)

-14-

Complaint (Simple)  (SCAO--MC 01a)
Dismissal (SCAO--MC 09)
Disqualification/Reassignment, Order of
(SCAO--MC 264)
Order (SCAO--PC 609)
Petition & Order (SCAO--PC 586)
Protective Order (SCAO--PC 644)
Request for Notice (SCAO--PC 624)
Show Cause, Motion and Order to
(SCAO--MC 230)
Subpoena, Order to Appear and/or Produce
(SCAO--MC 11)
Substitution of Attorneys  (SCAO--MC 306)
Summons (SCAO--MC 01)
Suspension of Fees/Costs, Affidvit and
Order  (SCAO--MC 20)
Venue, Petition & Order to Change
(SCAO--PC 608)
Waiver/Consent  (SCAO--PC 561)
EPIC Guardian - Minor - Substance Abuse Treatment
Client,Intake Form
Appointment
Petition for Substance Abuse Treatment
(SCAO--PC 611)
Order Following Hearing on Petition
(SCAO--PC 612)
Objection to Treatment
Objection of Minor to Substance Abuse
Treatment (SCAO--PC 613)
Order Sustaining Objection of Minor
(SCAO--PC 614)
Dismissal of Minor's Objection (SCAO—PC
615)
Service of Process/Publication of Hearing
Alternate Service, Motion for [SCAO—JC
46]
Alternate Service, Order for [SCAO—JC 47]
Notice of Hearing   (SCAO--PC 562)
Proof of Service   (SCAO--PC 564)
Proof of Service/Non-Service (SCAO—JC
12a)
Proof of Service/Non-Service (SCAO—JC
12b)
Publication of Notice (SCAO--PC 563)
Publication of Hearing (SCAO--JC 32)
Order to Take/Place Into Temporary
Custody (SCAO--JC 05)
Summons (SCAO--MC 01)
General
Accomodations, Request for (SCAO—MC
70)
Adjournment, Order for (SCAO--MC 309)
Appearance of Attorney   (SCAO--MC 02)
Appearance of Parent of Minor (SCAO--PC
606)
Attorney Fee-Retainer Agreement
Bench Warrant, Petition and (SCAO--MC
229)
Blank Form of Pleading (Second Sheet)

(SCAO--JC 22)
Dismissal (SCAO--MC 09)
Disqualification/Reassignment, Order of
(SCAO--MC 264)  REVISED]
Order (SCAO--PC 609)
Petition & Order (SCAO--PC 586)
Protective Order (SCAO--PC 644)
Request for Notice (SCAO--PC 624)
Show Cause, Motion and Order to
(SCAO--MC 230)
Subpoena, Order to Appear and/or Produce
(SCAO—MC 11)
Substitution of Attorneys  (SCAO--MC 306)
Summons (SCAO—MC 01)
Suspension of Fees/Costs, Affidvit and
Order  (SCAO--MC 20)
Venue, Petition & Order to Change
(SCAO--PC 608)
Waiver/Consent   (SCAO--PC 561)


**EPIC JUVENILE**
Order to Take/Place Into Temporary Custody
(SCAO--JC 05)
Order - Prelim. Hrg./Inquiry (Delinq. or Pers.
Protection) (SCAO--JC 10)
Order - Prelim. Hrg./Inquiry - Child Not Removed
(SCAO--JC 11)
Order - Prelim. Hrg./Inquiry - Child Removed
(SCAO--JC 11a)
Supp. Order of Disposition Following Review
Hearing (SCAO--JC 19)
Order of Disposition, Child Removed from Home
(SCAO--JC 26)
Publication of Hearing (SCAO--JC 32)
Notice of Hearing (SCAO—JC 45)
Order of Adjudication (Delinquency) (SCAO--JC 59)
Order Term'g Parental Rights (Child Protec.
Proceedings) (SCAO--JC 63)
Order-Perm. Planning Hearing (Child Protec.
Proceed.) (SCAO--JC 64)
Application to Set Aside Adjudication and Order
(SCAO--JC 66)
Notice of Hearing (Designated Case)(SCAO--JC 67)
Order After Designation Hearing (SCAO--JC 68)
Order After Preliminary Examination (Designated
Case) (SCAO--JC 69)
Order of Probation (Designated Case) (SCAO--JC
74)
Order Removing Child After Emergency Removal
Hearing (SCAO--JC 75)
Order of Disposition-Post-Termination Review
Hearing (SCAO--JC 76)


**EPIC MENTAL HEALTH**
Clinical Certificate (SCAO--PCM 208)
Initial Order Following Hearing on Petition for
Admission (SCAO--PCM 214)
Order-Hearing on Petition for Judicial Admission

LM  00018

(SCAO--PCM 214a)
    Petition for Second or Continuing Treatment Order
(SCAO--PCM 218)
    Second or Continuing Treatment Order
(SCAO--PCM 219)

**ESTATE PLANNING**
    CHECKLIST: Estate Planning
    Codicil and Will
    Auth. to Release Will Held for Safe Keeping
(SCAO--PC 548)
    Codicil
    --Billing and Transmittal - Codicil
    Will
    --Billing and Transmittal - Will
Conservator/Guardian Nomination
    Guardian/Conservator Nomination
    --Billing and Transmittal - Guardian/Conservator
Nomination
Durable Power of Attorney
    Power of Attorney
    --Billing and Transmittal - Power of Attorney
General
    Attorney Fee Agreement
    Client Intake Form
Patient Advocate
    Patient Advocate Appointment (Living Will)
    --Billing and Transmittal - Patient Advocate
Appointment (Living Will)
Property Transfers (Real & Personal)
    Bill of Sale
    Deed (Real Estate)
    --Billing and Transmittal -- Deed
    Property Transfer Affidavit
Trust
    Trust & Registration
    Trust
    --Billing and Transmittal - Trust
    Registration of Trust (SCAO--PC 610)
    --Billing and Transmittal - Registration of Trust
    Certificate of Trust
Internal Revenue Service
    Application for Taxpayer Identification Number (IRS
Form SS-4)
    -- Instructions for TIN (IRS SS-4 Form)
    Client Letter - Application for FEIN
    Letter conveying IRS SS4 Application to IRS
    Power of Attorney (IRS Form 2848)

**LAND CONTRACT FORFEITURE**
    Complaint and Answer
        Forfeiture Notice (SCAO--DC 101)
        Complaint for Possession After Land Contract
Forfeiture (SCAO--DC 103)
        Answer to Complaint (Simple) (SCAO-DC 03)
    Service of Process
        Summons - Landlord-Tenant/Land Contract
(SCAO--DC 104)
        Summons, Petition and Order for 2nd

(SCAO--MC 01b)
        Personal Service on Prisoner and Affidavit
(SCAO--MC 273)
        Alternate Service, Motion and Verification for
(SCAO--MC 303)
        Alternate Service, Order for Mail, Tacking,
Delivery  (SCAO--MC 304)
        Alternate Service, Order for Publication/Posting
(SCAO--MC 307)
    Judgment and Orders
        Default, Application, Entry and Affidavit
(SCAO--MC 07)
        Judgment of Possession After Land Contract
Forfeiture (SCAO--DC 106)
        Order of Eviction & Writ of Restitution
(SCAO--DC 107)
        Order or Judgment (Complex)
        Satisfaction of Judgment (SCAO--MC 17)

**LANDLORD-TENANT EVICTION**
    CHECKLIST: Landlord/Tenant Evictions
    Service of Process
        Summons - Landlord-Tenant/Land Contract
(SCAO--DC 104)
        Summons, Petition and Order for 2nd
(SCAO--MC 01b)
        Personal Service on Prisoner and Affidavit
(SCAO--MC 273)
        Alternate Service, Motion and Verification for
(SCAO--MC 303)
        Alternate Service, Order for Mail, Tacking,
Delivery  (SCAO--MC 304)
        Alternate Service, Order for Publication/Posting
(SCAO--MC 307)
    Landlord/Tenant Evictions - Health Hazard/Injury to
Premises
        Notice to Quit - Health Hazard, Injury to
Premises (SCAO--DC 100b)
        Complaint - Health Hazard, Injury to Premises
(SCAO--DC 102b)
        Summons - Landlord-Tenant/Land Contract
(SCAO--DC 104)
        Answer to Complaint (Simple) (SCAO-DC 03)
        Default, Application, Entry and Affidavit
(SCAO--MC 07)
        Judgment, Landlord-Tenant (SCAO--DC 105)
        Order of Eviction & Writ of Restitution
(SCAO--DC 107)
        Satisfaction of Judgment (SCAO--MC 17)
    Landlord/Tenant Evictions - Non-payment of Rent
        Demand for Possession - Nonpayment of Rent
(SCAO--DC 100a)
        Complaint - Non-Payment of Rent (SCAO--DC
102a)
        Summons - Landlord-Tenant/Land Contract
(SCAO--DC 104)
        Answer to Complaint (Simple) (SCAO-DC 03)
        Default, Application, Entry and Affidavit
(SCAO--MC 07)

LM   00019

Judgment, Landlord-Tenant (SCAO--DC 105)
Order of Eviction & Writ of Restitution
(SCAO--DC 107)
Satisfaction of Judgment (SCAO--MC 17)
Landlord/Tenant Evictions - Termination of Tenancy
Notice to Quit - Termination of Tenancy
(SCAO--DC 100c)
Complaint - Termination of Tenancy
(SCAO--DC 102c)
Summons - Landlord-Tenant/Land Contract
(SCAO--DC 104)
Answer to Complaint (Simple) (SCAO-DC 03)
Default, Application, Entry and Affidavit
(SCAO--MC 07)
Judgment, Landlord-Tenant (SCAO--DC 105)
Order of Eviction & Writ of Restitution
(SCAO--DC 107)
Satisfaction of Judgment (SCAO--MC 17)
Mobile Home Evictions
Notice to Quit - Termination of Tenancy
(SCAO--DC 100d)
-- Explanation of Terminations - Mobile Home
Renting (SCAO DC 100)
Complaint - Termination of Tenancy
(SCAO--DC 102d)
Summons - Landlord-Tenant/Land Contract
(SCAO--DC 104)
Answer to Complaint (Simple) (SCAO-DC 03)
Default, Application, Entry and Affidavit
(SCAO--MC 07)
Judgment - Termination of Tenancy, Mobile
Home (SCAO--DC 105a)
Order of Eviction & Writ of Restitution
(SCAO--DC 107)
Satisfaction of Judgment (SCAO--MC 17)
Escrow of Rent & Security for Costs
Escrow, Motion and Order for (SCAO--DCH
109)
Escrow, Order to Release (SCAO--DCH 110)
Security for Costs, Order for (SCAO--MC 305)
Motions & Orders
Accomodations, Request for (SCAO--MC 70)
Adjournment, Order for (SCAO--MC 309)
Answer to Motion or Petition
Bankruptcy, Motion/Order to Reopen Case After
(SCAO--MC 301)
Bench Warrant, Petition and (SCAO--MC 229)
Compel Disclosure or Discovery, Motion to
Default and Order, Motion to Set Aside
(SCAO--DC 99)
Disqualification/Reassignment, Order of
(SCAO--MC 264)
Motion, form of a (Complex)
Order or Judgment (Complex)
Removal, Demand & Order for (SCAO--DC 86)
Sanctions, Motion for
Show Cause, Motion and Order to (SCAO--MC
230)
Strike Pleading or Paper, Motion to

Subpoena, Order to Appear and/or Produce
(SCAO--MC 11)
Substitution of Attorneys (SCAO--MC 306)
Summary Disposition, Motion for
Venue, Order for Change of (SCAO--MC 316)
Installment Payments
Motion for Installment Payments (SCAO--MC
15)
Order Regarding Installment Payments
(SCAO--MC 15a)
Order Setting Aside Installment Payment Order
(SCAO--MC 16a)
Petition to Set Aside Installment Payment Order
(SCAO--MC 16)
General
Affidavit
Affidavit of Judgment Debtor (SCAO--DC 87)
Attorney Fee Agreement
Blank Pleading  (SCAO--MC 04)
Client Intake Form
Cover Sheet (SCAO)
Cover Sheet for Judge's Copy
Cover Sheet for pleading or paper
Proof of Mailing  (SCAO--MC 302)
Release and Settlement Agreement
Letters
Clerk of the Court
Client
Conveyance Letters
Court Reporter, Letter to
Deposition Letters
Letter to whomever
Opposing Trial Counsel

NAME CHANGE
Client Intake Form
Petition for Name Change  (SCAO--PC 51)
Order Changing Name  (SCAO--PC 52)

PERSONAL PROTECTION ORDER [REVISED]
Petition for PPO - Adult (Domestic Relationship)
[REVISED]
Petition for PPO Against Adult (SCAO--CC 375)
--Instructions for CC 375 (SCAO)
Notice of Hearing on Petition for PPO
(SCAO--CC 381)
--Instructions for CC 381 (SCAO)
PPO - Domestic Relationship (SCAO--CC 376)
[REVISED]
--Instructions for CC 376 (SCAO) [REVISED]
Order Denying/Dismissing PPO Petition
(SCAO--CC 383)
Proof of Service/Oral Notice Re: PPO
(SCAO--CC 386)
Petition for PPO - Adult (Nondomestic Relationship)
[REVISED]
Order Denying/Dismissing PPO Petition
(SCAO--CC 383)
Petition for PPO Against Stalking (SCAO--CC

-17-

LM   00020

377)
　　--Instructions for CC 377 (SCAO)
　　Notice of Hearing on Petition for PPO
(SCAO--CC 381)
　　　--Instructions for CC 381 (SCAO)
　　PPO Against Stalking (SCAO--CC 380)
[REVISED]
　　　--Instructions for CC 380 (SCAO) [REVISED]
　　Proof of Service/Oral Notice Re: PPO
(SCAO--CC 386)
　　Petition for PPO - Minor [REVISED]
　　　Petition for PPO Against Minor (SCAO—CC
375m)
　　--Instructions for CC 375m (SCAO)
　　Notice of Hearing on Petition for PPO
(SCAO—CC 381)
　　　--Instructions for CC 381 (SCAO)
　　PPO Against a Minor - Domestic Relationship
(SCAO—CC 376M) [REVISED]
　　　--Instructions for CC 376M (SCAO) [REVISED]
　　Petition for PPO Against Stalking by a Minor
(SCAO—CC 377M)
　　　--Instructions for CC 377M (SCAO)
　　PPO Against Stalking by a Minor - Nondomestic
(SCAO—CC 380M) [REVISED]
　　　--Instructions for CC 380M (SCAO) [REVISED]
　　Order Denying/Dismissing PPO Petition
(SCAO—CC 383)
　　Proof of Service/Oral Notice Re: PPO
(SCAO—CC 386)
　　Order to Take/Place Into Temporary Custody
(SCAO—JC 05)
　　Order-Prelim. Hrg./Inquiry (Delinq. or Personal
Protection) (SCAO—JC 10)
　　Violation of PPO
　　　Motion and Order to Show Cause for Violating
PPO (SCAO--CC 382)
　　　--Instructions for CC 382 (SCAO)
　　　Order After Hearing on Show Cause for
Violating PPO (SCAO--CC 382a)
　　　Order After Hearing on Violation of PPO
(SCAO--CC 384)
　　Dismiss, Modify, Extend or Terminate PPO
　　　Motion to Modify, Extend or Terminate PPO
(SCAO--CC 379)
　　　--Instructions for CC 379 (SCAO)
　　　Motion and Order to Dismiss Action for PPO
(SCAO--CC 378)
　　　--Instructions for CC 378 (SCAO)
　　　Order on Motion to Modify, Extend, Terminate
PPO (SCAO--CC 385)

**REAL ESTATE**
　　General
　　　Client Intake Form
　　　Power of Attorney
　　　Promissory Note
　　　Trust, Certificate of
　　Lease - Commercial

　　Lease - Commercial
　Lis Pendens
　　Notice Lis Pendens
　　Release of Lis Pendens
　Property Transfers (Real & Personal)
　　Land Contract
　　Escrow Agreement
　　Affidavit Affecting Real Property
　　Bill of Sale
　　Deed (Real Estate)
　　　--Billing and Transmittal -- Deed
　　Property Transfer Affidavit
　　Trust, Certificate of
　Real Estate IRS Forms
　　Forms Relating to Contract of Sale
　　Protect Your Family From Lead in the Home
(EPA Booklet)
　　EPA/HUD Fact Sheet on Lead-Based Paint
and Sample Disclosure Format
　　Notes and Mortgages
　　　Multistate Fixed Rate Note--Single
Family--Fannie Mae/Freddie Mac Form 3200--Document
Summary
　　　Multistate Fixed Rate Note-Single
Family-Fannie Mae/Freddie Mac Form 3200
　　　Multistate Adjustable Rate Rider-ARM
5-2-Fannie Mae/Freddie Mac Form 3111-Document
Summary
　　　Multistate 1-4 Family Rider--Fannie
Mae/Freddie Mac Form 3170
　　　Multistate Adjustable Rate Rider--ARM
5-2—Single Family--Fannie Mae/Freddie Mac Form 3111
　　　Multistate Adjustable Rate Note--ARM
5-2--FNMA Form 3502--Document Summary
　　　Multistate 1-4 Family Rider--FNMA Form
3170—Document Summary
　　　Multistate Adjustable Rate Note--ARM
5-2—Single Family--Fannie Mae/Freddie Mac--Form 3502
　　Closing Forms
　　　Settlement Statement (HUD-1)
　　　Settlement Statement--Optional Form for
Transactions Without Sellers (HUD-1A)
　　　Buying Your Home - Settlement Costs and
Helpful Information (HUD-398-H[4])
　　Tax Forms
　　　Internal Revenue Service Forms
　　　　IRS Request for Taxpayer
Identification Number and Certification (W-9)
　　　　Instructions for the Requester
of Form W-9 Request for Taxpayer Identification Num.
and Cert.
　　　　IRS Proceeds From Real Estate
Transactions (1099-S)
　　　　Instructions for Form 1099-S
(Proceeds From Real Estate Transactions)

**TOOLS**
　　Affirmative Defenses
　　Attorney Signature Line with date

LM    00021

Caption - Complaint, Counterclaim, Cross-Claim
Caption - Court of Appeals
Caption - Divorce
Caption - Judge's copy of motion with date/time
Caption - Trial Court
Civil Cover Sheet
Interrogatory Preamble
Judge's Signature Line

Notice of Hearing
Pleading Title
Proof of Mailing
Title/Preamble to Order
Verification of Pleading w/ Affiant sig & Jurat
Comment Form

LM   00022





Library:

LexisNexis Automated Michigan Practice Forms
- Capsoft Web Site
- LexisONE Forms
- Set Judicial Information
- Civil Litigation [REVISED]
- Claim and Delivery [NEW]
- Concealed Weapon License [NEW]
- Corporations [REVISED]
- Criminal Law
- Debt Collection [REVISED]
- Domestic Relations [REVISED]
- EPIC Adoption
- EPIC Conservatorship [REVISED]
- EPIC Decedent's Estate
- EPIC Guardian Ad Litem
- EPIC Guardianship [REVISED]
- EPIC Juvenile [REVISED]
- EPIC Mental Health
- Estate Planning
- Land Contract Forfeiture [REVISED]
- Landlord-Tenant Eviction [REVISED]
- Name Change
- Personal Protection Order [REVISED]
- Real Estate [REVISED]

Assemble
Cancel
View
Edit
Create
Help

☐ Find [                ]

Description:

LexisNexis Automated Michigan Practice Forms on HotDocs (Rev. 8/2001); HotDocs Ver. 5.2) (c) 2000 by Capsoft and (c) 2001 by LawModa. Get interim updates at www.capsoft.com. Call technical support at 1-800-828-8328. Call sales at 1-800-500-DOCS.

LM    00023



LM    00024



LM    00025





LM    00027



Approved, SCAO

| STATE OF MICHIGAN<br>dicial JUDICIAL DISTRICT | ANSWER<br>Civil | CASE NO.<br>Court Case |
|---|---|---|

Court telephone no.
1 address                                                          Court Telephone

Court Address CO

| Plaintiff name(s), address(es), and telephone number(s)<br>Plaintiff Info CO | | Defendant name(s), address(es), and telephone number(s)<br>Defendant Info CO |
|---|---|---|
| | v | |
| Plaintiff's attorney, bar no., address, and telephone no.<br>Plaintiff Attorney CO | | Defendant's attorney, bar no., address and telephone no.<br>Defendant Attorney CO |

☐ Defendant(s),                  in answer to the complaint, say(s):     (Number paragraphs in the answer to correspond to
☒ Attorney for defendant(s),                                             paragraphs in the complaint. Attach additional
                                                                         sheets if necessary.)

Answers

Signing date DC03:3
Date

Defendant attorney's signature Defendant Attorney

Defendant's signature Defendant Name

I certify that on this date a copy of this answer was served upon the plaintiff(s) and/or their attorney by:
☒ personal service.                          ☒ ordinary mail addressed to the address(es) shown above.

Date Served DC03:3
Date

Signature Process Server Name

DC 03 (8/86)    ANSWER, CIVIL                                            MCR 2.104, 2.107

LM    00028



LM    00029

LM    00030

LM    00031